Form definmgt

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:
Daniel Cheifetz
1338 Warrington Rd.
Deerfield, IL 60015
SSN: xxx–xx–8714  EIN: N.A.

Case No. :   13–21854
Chapter :   7
Judge :   A. Benjamin Goldgar

---

### NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 7 CASES OF REQUIRED DOCUMENT FOR DISCHARGE

    Unless otherwise ordered by the Court, you must complete an instructional course in personal financial management in order to receive a discharge under Chapter 7 (11 U.S.C. § 727). Pursuant to Bankruptcy Rule 1007(b)(7), you must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) as described in 11 U.S.C. § 111. Please include the certificate number on Official Form 23 or attach the certificate you received from the approved personal financial management counselor.

    A list of "Approved Debtor Education Providers" is available at the U.S. Trustee's website at www.justice.gov/ust/eo/bapcpa/ccde/index.htm.

    Official Form 23 is available at our website at www.ilnb.uscourts.gov/Forms/

    You must file Official Form 23 within 60 days after the first date set for the meeting of creditors under § 341. If you do not file Official Form 23, your case will be closed without a discharge. You will still be liable for the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

    If you are represented by an attorney, please contact your attorney for guidance.

    If you have any questions about submitting the form, please call 312–408–5000.

FOR THE COURT

Dated: July 29, 2013

Kenneth S. Gardner, Clerk
United States Bankruptcy Court