B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13−21854**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel Cheifetz
   1338 Warrington Rd.
   Deerfield, IL 60015

Social Security / Individual Taxpayer ID No.:
   xxx−xx−8714

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

   It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                            FOR THE COURT

Dated: August 27, 2013                                      Kenneth S. Gardner, Clerk
                                                            United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 13-21854-ABG
Daniel Cheifetz                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: admin              Page 1 of 2              Date Rcvd: Aug 27, 2013
                                Form ID: b18             Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2013.
```
db         +Daniel Cheifetz,    1338 Warrington Rd.,    Deerfield, IL 60015-2333
20526107   +BMO Harris Bank NA,    c/o Chapman & Cutler,    111 W. Monroe Street,    Chicago, IL 60603-4095
20526108   +CACH LLC,    4340 S. Monaco St. Unit 2,    Denver, CO 80237-3408
20526109  ++CATERPILLAR FINANCIAL SERVICES CORPORATION,    2120 WEST END AVENUE,    NASHVILLE TN 37203-5341
            (address filed with court:   Caterpillar Financial,    2120 West End Ave,    PO Box 340001,
             Nashville, TN 37203-0001)
20526112   +Conrad Iandola,    Ies Drilling Supply,    104 E. Devore Ave,   Pearl City, IL 61062-9111
20526113   +Local 150 - IUOE,    c/o James McNally,    6200 Joliet Rd.,    Countryside, IL 60525-3992
20526114   +Midwest Op. Engineers Pens. Fund,    c/o Patrick Ryan,    200 W Adams Street, Suite 2200,
             Chicago, IL 60606-5231
20526111   +Paul Fishbein,    c/o Goldman & Marcus,    19 S. LaSalle,   Chicago, IL 60603-1401
20526115   +Ridgestone Bank,    10 N. Martingale Rd.,    Schaumburg, IL 60173-2293
20526116   +Urban Partnership Bank,    c/o Smith Amundsen LLC,    150 N. Michigan Suite 3300,
             Chicago, IL 60601-7621
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +EDI: QJECOHEN.COM Aug 28 2013 01:34:00     Joseph E Cohen,    Cohen & Krol,
             105 West Madison Suite 1100,    Chicago, IL 60602-4600
20526108   +EDI: STFC.COM Aug 28 2013 01:34:00      CACH LLC,    4340 S. Monaco St. Unit 2,
             Denver, CO 80237-3408
20526110   +EDI: CITICORP.COM Aug 28 2013 01:33:00      Citibank SD NA,    PO 6241,
             Sioux Falls, SD 57117-6241
                                                                                              TOTAL: 3
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2013**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1           User: admin              Page 2 of 2                  Date Rcvd: Aug 27, 2013
                               Form ID: b18             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2013 at the address(es) listed below:

      David P Leibowitz, ESQ   on behalf of Debtor Daniel  Cheifetz dleibowitz@lakelaw.com,
       czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
      Joseph  Santeler    on behalf of Creditor   Ridgestone Bank jsanteler@chuhak.com,
       nkoncz@chuhak.com
      Joseph E Cohen    jcohen@cohenandkrol.com,    jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                               TOTAL: 4