UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>DANIEL CHEIFETZ,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 13-21854<br><br>Chapter: 7<br><br>Honorable A. Benjamin Goldgar |

**ORDER GRANTING RIDGESTONE BANK'S MOTION FOR
RELIEF FROM THE AUTOMATIC STAY**

THIS CAUSE coming on to be heard on Ridgestone Bank's Motion for Relief from Stay as to the real property commonly known as 1729 Dodge St., Evanston, IL 60201 (the "Property"), due notice having been given, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that:

1. The automatic stay is lifted as to the Property, and Ridgestone Bank may proceed to foreclose all interests in the Property;

2. The 14-day stay as provided by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived.

Enter:

Dated: AUG 3 0 2013

United States Bankruptcy Judge

**Prepared by:**
Counsel of Movant :

Joseph R. Santeler (#6296507)
Chuhak & Tecson, P.C.
30 S. Wacker Dr., Ste. 2600
Chicago, IL 60606
(312) 444-9300

Rev: 20120501_bko