**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 13-21854 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | CHEIFETZ, DANIEL | Date Filed (f) or Converted (c): | 05/24/13 (f) |
| | | 341(a) Meeting Date: | 06/27/13 |
| For Period Ending: | 12/31/14 | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Vacant House (security for SBA Loan - House was pl | 65,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Cash Debtor's person | 15.00 | 0.00 | | 0.00 | 0.00 |
| Cash Debtor's person | | | | | |
| 3. BMO Harris NA Debtor's residence | 300.00 | 0.00 | | 0.00 | 0.00 |
| BMO Harris NA Debtor's residence | | | | | |
| 4. Bank of America Debtor's residence | 50.00 | 0.00 | | 0.00 | 0.00 |
| Bank of America Debtor's residence | | | | | |
| 5. Desk and Chair; used books and CD recorded music D | 300.00 | 0.00 | | 0.00 | 0.00 |
| Desk and Chair; used books and CD recorded music Debtor's residence (Most property there is wife's - this is debtor's second marriage) | | | | | |
| 6. Normal man's wardrobe Debtor's residence (wardrobe | 300.00 | 0.00 | | 0.00 | 0.00 |
| Normal man's wardrobe Debtor's residence (wardrobe is not extesive) | | | | | |
| 7. Wedding ring - titanium Debtor's person | 50.00 | 0.00 | | 0.00 | 0.00 |
| Wedding ring - titanium Debtor's person | | | | | |
| 8. used iPhone 4s Debtor's person | 200.00 | 0.00 | | 0.00 | 0.00 |
| used iPhone 4s Debtor's person | | | | | |
| 9. Term Life Insurance - $1,000,000 death benefit, no | 0.00 | 0.00 | | 0.00 | 0.00 |
| Term Life Insurance - $1,000,000 death benefit, no csv Debtor's residence (beneficiary is wife) | | | | | |
| 10. possible Franklin Templeton Debtor has no informat | Unknown | Unknown | | 0.00 | Unknown |
| possible Franklin Templeton Debtor has no information about this hasn't receive statements recently | | | | | |
| 11. Possible 401k Debtor does not have current informa | Unknown | Unknown | | 0.00 | Unknown |
| Possible 401k Debtor does not have current information Does not believe this to have substantial value | | | | | |
| 12. 20% stock interest in Building Energy, Inc. Compan | Unknown | Unknown | | 0.00 | Unknown |

LFORM1

Ver: 18.04

Case 13-21854 Doc 29 Filed 04/16/15 Entered 04/16/15 10:51:55 Desc Main
Document Page 2 of 3

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

| Case No: | 13-21854 | ABG | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | CHEIFETZ, DANIEL | | | | Date Filed (f) or Converted (c): | 05/24/13 (f) |
| | | | | | 341(a) Meeting Date: | 06/27/13 |
| | | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20% stock interest in Building Energy, Inc. Company has negative net worth, negative cash flow. No funding for ongoing operations at present | | | | | |
| 13. Sole member of E-Town Development II LLC parcels i | 0.00 | 0.00 | | 0.00 | 0.00 |
| Sole member of E-Town Development II LLC parcels in Evanston, IL Underwater In foreclosure | | | | | |
| 14. Ariella Reinvestment Trust Debtor is trustee of Ch | Unknown | Unknown | | 0.00 | Unknown |
| Ariella Reinvestment Trust Debtor is trustee of Charitable Remainder Unitrust - supposed to get periodic distributions - distributions have been sporadic - documentation available for Trustee - Trust established in 1999 - outright - presently vested income | | | | | |
| 15. patent - patent applicaitons Patent application 20 | Unknown | Unknown | | 0.00 | Unknown |
| patent - patent applicaitons Patent application 20110004350 Patent application 20110125451 while working for Indie Energy - applications with others - all rights assigned to company - no present value Ridgestone Bank may have lien | | | | | |
| 16. 1998 Audi A8 automobile is not in good condition. | 2,500.00 | 0.00 | | 0.00 | 0.00 |
| 1998 Audi A8 automobile is not in good condition. Has 150,000 miles | | | | | |
| 17. 4 year old iMac computer and associate peripherals | 500.00 | 0.00 | | 0.00 | 0.00 |
| 4 year old iMac computer and associate peripherals Home | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $69,215.00 | $0.00 | | $0.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

| | | | |
|---|---|---|---|
| Case No: | 13-21854    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | CHEIFETZ, DANIEL | Date Filed (f) or Converted (c): | 05/24/13 (f) |
| | | 341(a) Meeting Date: | 06/27/13 |
| | | Claims Bar Date: | |

INVESTIGATION CONTINUES INTO FINANCIAL RECORDS - Jan. 17, 2015.  TRUSTEE HAS REQUESTED COPIES OF BANK STATEMENTS, TAX RETURNS, TRUST RECORDS, ETC FROM DEBTOR FOR REVIEW - January 19, 2014. NO CHANGE - April 30, 2014.  TRUSTEE IS REVIEWING RECORDS - July 17, 2014.  INVESTIGATION CONTINUES - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 05/30/15     Current Projected Date of Final Report (TFR): 05/30/15