# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Case No. 13 B 21854** |
| **Daniel Cheifetz,** | ) | |
| | ) | **Chapter 7** |
| | ) | |
| Debtor. | ) | **Hon. A. Benjamin Goldgar** |

## NOTICE OF MOTION

**To:**   See Attached Service List.

PLEASE TAKE NOTICE that on Friday, May 20, 2016, at 1:00 p.m., we will appear before the Honorable A. Benjamin Goldgar, North Branch Court, 1792 Nicole Lane, Round Lake Beach, Illinois 60073, and then and there present our **Motion to Compel Trustee to Abandon Interest in Charitable Remainder Unitrust,** a copy of which is attached hereto and served upon you herewith.

Dated:   April 28, 2016

/s/ *David P. Leibowitz*
Attorney for Debtor

David P. Leibowitz (ARDC #1612271)
Lakelaw
420 W. Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100

## CERTIFICATE OF SERVICE

On April 28, 2016, the undersigned, certifies that on this date, she caused a copy of the above document to be served upon each person shown on the within Notice, by United States Mail, with postage prepaid, at Waukegan, Illinois. Those marked with an * were served via electronic service.

/s/ *Carrie A. Zuniga*
Attorney

**Benjamin Heymer**
2013 W. Moffat #2
Chicago, IL 60647

**Illinois Department of Labor**
160 N. LaSalle St.
Ste. C-1300
Chicago, IL 60601

**BMO Harris Bank NA**
c/o Chapman & Cutler
111 W. Monroe Street
Chicago, IL 60603`

**CACH LLC**
4340 S. Monaco St. Unit 2
Denver, CO 80237

**Caterpillar Financial**
2120 West End Ave
PO Box 340001
Nashville, TN 37203-0001

**Citibank SD NA**
PO 6241
Sioux Falls, SD 57117

**Conrad Iandola**
Ies Drilling Supply
104 E. Devore Ave
Pearl City, IL 61062

**Local 150 - IUOE**
c/o James McNally
6200 Joliet Rd.
Countryside, IL 60525

**Midwest Op. Engineers Pens. Fund**
c/o Patrick Ryan
200 W Adams Street, Suite 2200
Chicago, IL 60606

**Paul Fishbein**
c/o Goldman & Marcus
19 S. LaSalle
Chicago, IL 60603

**Ridgestone Bank**
10 N. Martingale Rd.
Schaumburg, IL 601173

**Urban Partnership Bank**
c/o Smith Amundsen LLC
150 N. Michigan Suite 3300
Chicago, IL 60601

**Ridgestone Bank**
c/o Chuhak & Tecson
30 S. Wacker Dr., Ste. 2600
Chicago, IL 60606-7512

**Daniel Cheifetz**
1338 Warrington Rd.
Deerfield, IL 60015

**\*Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

**\*Joseph E Cohen**
Cohen & Krol
105 West Madison Suite 1100
Chicago, IL 60602

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 13 B 21854 |
| **Daniel Cheifetz,** | ) |
| | ) Chapter 7 |
| | ) |
| Debtor. | ) Hon. A. Benjamin Goldgar |

## MOTION TO COMPEL TRUSTEE TO ABANDON INTEREST IN CHARITABLE REMAINDER UNITRUST

Now comes the debtor, Daniel Cheifetz, ("Debtor"), by and through his attorneys, Lakelaw, and pursuant to 11 U.S.C. § 554(b) and Federal Rule of Bankruptcy Procedure 6007 hereby requests an order of the Court compelling Joseph E. Cohen ("Trustee"), not individually but as Chapter 7 Trustee of the Debtor's bankruptcy estate, to abandon any interest of this estate in the charitable remainder unitrust known as the Ariella Reinvestment Trust (the "Trust"), and in support thereof, state as follows[1]:

### JURISDICTION

1. The United States District Court for the Northern District of Illinois has jurisdiction over this case under 28 U.S.C. § 1334(a).

2. Venue over this case was proper in this district under 28 U.S.C. § 1408(1) on account of the Debtors' principal residence and domicile.

3. Pursuant to Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois, all bankruptcy cases and all proceedings that arise under title

---

[1] All chapter, section and rule references, unless otherwise noted, are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532 ("Code"), and the Federal Rules of Bankruptcy Procedure, Rules 1001-9037.

11 have been referred, as permitted by 28 U.S.C. § 157, to the United States Bankruptcy Court for the Northern District of Illinois.

4. Under 28 U.S.C. § 157(b)(2)(A) and (O), this is a core proceeding.

## BACKGROUND

5. The Debtor filed his petition for relief under Chapter 7 of the Bankruptcy Code on May 24, 2013 (the "Petition Date").

6. On the Petition Date, Debtor filed his Schedules and Statement of Financial Affairs, which disclosed Debtor's interest in the Ariella Reinvestment Trust (the "Trust"), a Charitable Remainder Unitrust at an indeterminate value.

7. A first meeting of creditors pursuant to § 341 was held on June 27, 2013.

8. Debtor is the trustee of the Trust and an income beneficiary. Article IIIA of the Trust requires distributions of "7.61% of the net fair market value of the trust assets determined as of the first day of the taxable year."

9. In the three (3) years that the case has been pending, the Trustee has not liquidated the Trust nor does he have the ability to do so. Furthermore, the Debtor has not received any income from the Trust and has no expectation of any as the only assets of the Trust are non-liquid.

## REQUESTED RELIEF

10. Debtor requests that this Court compel Trustee to abandon any interest of this estate in the Ariella Reinvestment Trust.

## BASIS FOR RELIEF

11. Section 554(b) states that "[o]n request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate."

12. Due to the fact that the Trust produces little to no annual income for distributions to the Debtor, the Property has little to no value to this estate.

**NOTICE**

13. Notice of this Motion was provided to the Debtor, the Office of the United States Trustee, the Chapter 7 Trustee and all creditors. In light of the nature of the relief requested, Debtor requests that this Court find the notice provided for herein sufficient under the circumstances and waive and dispense with any further notice requirements.

Wherefore, Daniel Cheifetz, requests the entry of an order compelling Joseph E. Cohen, Trustee to abandon any and all interest of this estate in the Ariella Reinvestment Trust.

Respectfully Submitted,

/s/ *David P. Leibowitz*
One of the Attorneys for Debtor

David P. Leibowitz (ARDC #1612271)
Lakelaw
420 West Clayton Street
Waukegan, IL 60085-4216
847.249.9100