**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 13-21854 |
| Daniel Cheifetz, | ) | |
| | ) | Hon. A. Benjamin Goldgar |
| Debtor. | ) | |
| | ) | **Hearing Date:  December 7, 2016** |
| | ) | **Hearing Time: 9:30 AM** |

**NOTICE OF FIRST AND FINAL APPLICATION OF FOX, SWIBEL, LEVIN &
CARROLL, LLP, FOR AN ORDER (I) ALLOWING AN ADMINISTRATIVE
CLAIM FOR COMPENSATION FOR THE PERIOD MAY 1, 2016
THROUGH NOVEMBER 15, 2016; AND (II) AUTHORIZING
PAYMENT OF UNPAID FEES**

TO:      SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **Wednesday, December 7, 2016** at **9:30 A.M.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar, or any judge sitting in his stead, in Courtroom 642, in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the **First and Final Application of Fox, Swibel, Levin & Carroll, LLP, for an Order (I) Allowing an Administrative Claim For Compensation for the Period May 1, 2016 Through November 15, 2016; and (II) Authorizing Payment of Unpaid Fees,** at which time and place you may appear as you see fit.

Dated: November 16, 2016               Respectfully submitted,


                                       **FOX, SWIBEL, LEVIN & CARROLL, LLP**


                                       *By:*    */s/ N. Neville Reid*
                                                Fox, Swibel, Levin & Carroll, LLP,
                                                Special Litigation Counsel to Chapter 7
                                                Trustee, Joseph E. Cohen

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201

## <u>CERTIFICATE OF SERVICE</u>

I, N. Neville Reid, certify that on November 16, 2016, I caused a copy of the foregoing

**First and Final Application of Fox, Swibel, Levin & Carroll, LLP, for an Order (I)**

**Allowing an Administrative Claim For Compensation for the Period May 1, 2016 Through**

**November 15, 2016; and (II) Authorizing Payment of Unpaid Fees** to be filed electronically,

with a copy of same being served upon the parties listed on the attached Service List by the

Court's ECF filing system or by postage prepaid first-class U.S. Mail.




N. Neville Reid

## <u>SERVICE LIST</u>

**Parties to receive notice electronically via CM/ECF:**

David P. Leibowitz, Esq. on behalf of Debtor Daniel Cheifetz
dleibowitz@lakelaw.com

Joseph E. Cohen, Trustee
jcohen@cohenandkrol.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Jeffrey M. Schwartz
Counsel to the Trust
jschwartz@muchshelist.com


**Party to receive notice via U.S. Mail:**

Ariella Reinvestment Trust
c/o Daniel Cheifetz, Trustee
1338 Warrington Rd.
Deerfield, IL 60015

Ariella Reinvestment Trust
c/o Jeffrey M. Schwartz
Much Shelist, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL 60606

Hamilton Cheifetz
c/o  Joseph Baldi
Baldi Berg, Ltd
20 N. Clark Street, Suite 200
Chicago, IL 60602

Midwest Op. Engineers Pens. Fund
c/o Patrick Ryan
200 W Adams Street, Suite 2200
Chicago, IL 60606

Monty Titling Trust 1
Chapman and Cutler LLP
c/o Bryan Jacobson Capital Crossing
111 West Monroe Street
Chicago IL 60654

Tate Schneider
11950 Blue Bayou Drive
Huntley, IL 60142

IUOE Local 150 Building Corp.
6200 Joliet Road
Countryside, IL 60525

Katherine Cheifetz
710 SE Adams Ct.
Port St. Lucie, Florida 34984

Enterprise Development Foundation
c/o Cheifetz
1338 Warrington Road
Deerfield, IL 60015

Illinois Attorney General
Charitable Trust and Solicitation Bureau
100 W. Randolph Street
3rd Floor
Chicago, IL 60601

Office of the Illinois Attorney General
Atrium at the Thompson Center
100 W. Randolph St.
Chicago, IL 60601

Internal Revenue Service
P.O. Box 7346
Philadelphia,  PA 19101-7346

Internal Revenue Service
230 South Dearborn
Chicago, IL  60604

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re                          )
                                )
                                )    Bankruptcy No. _____
                                )
             Debtor.    )   Chapter       _____

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____

Authorized to Provide Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which Compensation is Sought:
From   _____, _____   through _____, _____

Amount of Fees Sought:    $_____

Amount of Expense Reimbursement Sought:   $_____

This is an:       Interim Application _____      Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|

Dated: _____       _____

                                                              (Counsel)

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 13-21854 |
| Daniel Cheifetz, | ) | |
| | ) | Hon. A. Benjamin Goldgar |
| Debtor. | ) | |
| | ) | **Hearing Date:  December 7, 2016** |
| | ) | **Hearing Time: 9:30 AM** |

**FIRST AND FINAL APPLICATION OF FOX, SWIBEL, LEVIN & CARROLL, LLP,
FOR AN ORDER (I) ALLOWING AN ADMINISTRATIVE CLAIM FOR
COMPENSATION FOR THE PERIOD MAY 1, 2016 THROUGH NOVEMBER 15, 2016;
AND (II) AUTHORIZING PAYMENT OF UNPAID FEES**

N. Neville Reid of the law firm of Fox, Swibel, Levin & Carroll, LLP ("FSLC") as special counsel to Joseph E. Cohen, not individually, but solely in his capacity as the chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Daniel Cheifetz (the "Debtor"), files this application ("Application") pursuant to Sections 328, 330 and 331 of the Bankruptcy Code and Sections 2002 and 2016 of the Federal Rules of Bankruptcy Procedure, for an order (i) allowing an administrative claim for compensation consisting of fees in the amount of $173,275.00 as determined by the contingency formula previously approved by this Court in connection with FSLC's retention application herein,  applicable to the period of May 1, 2016 through November 15, 2016 (the "Application Period"); and (ii) authorizing the Trustee to pay at this time allowed fees in the amount of $173,275.00 (the "Requested Compensation"). For its Application, FSLC respectfully states the following:

**INTRODUCTION**

1.      This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of § 157(b).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.    The bases for the requested relief are Sections 328, 330, and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

## BACKGROUND AND PROFESSIONAL SERVICES RENDERED

3.    On May 24, 2013 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code (the "Petition") in the United States Bankruptcy Court for the Northern District of Illinois (the "Court").  On the Petition Date, the Debtor filed his Schedules and Statement of Financial Affairs, which disclosed the Debtor's interest in a certain self-settled charitable remainder unitrust entitled the "Ariella Reinvestment Trust" (the "CRUT" or the "Trust"),  of "indeterminate value".   The Debtor's Petition did not disclose that the Trust owned a cello.  Shortly thereafter, the United States Trustee for the Northern District of Illinois appointed Joseph E. Cohen as the Trustee for the Estate.

4.    The Debtor is the settlor and trustee of the CRUT (the "CRUT Trustee").

5.    On April 28, 2016, the Debtor filed a motion to compel the Trustee to abandon any interest of the Estate in the CRUT Assets [Dkt. 30; the "Abandonment Motion")]. The Abandonment Motion did not disclose that the Trust owned a cello.  After further due diligence and inquiries, the Trustee discovered that the CRUT Assets consisted of a Mateo Goffriller cello, circa. 1700 (the "Cello").  The Trust held an 84.4% interest in the Cello and the Debtor's brother, Hamilton Cheifetz ("Hamilton"), held the remaining 15.6% interest pursuant to a pre-petition purchase transaction with the Trust.

6.     The Trustee challenged the Abandonment Motion on various grounds, including that the CRUT Assets  belonged to the Estate because the Trust was self-settled by the Debtor

2

who controlled it as the CRUT Trustee. In connection with that challenge, on June 3, 2016 the Trustee filed an Application to Employ FSLC as special counsel, retroactive to May 1, 2016 (the "FSLC Employment Application"), in order to pursue the Trustee's claim against the assets of the Trust for the benefit of the Estate (the "Trustee Claim"). [Dkt. 38]

7.      On June 15, 2016, the Court entered an order approving the FSLC Employment Application [Dkt. 41; "Retention Order"] and stating that FSLC would be compensated as follows:

A.      On an hourly basis at the hourly rates typically charged by FSLC in matters of this type, if the Debtor did not contest the Trustee Claim and no discovery was required to recover on the Trustee Claim (Retention Order, ¶1; the "Hourly Formula"); or

B.      If pre-trial litigation was required to recover on the Trustee Claim, then FSLC's compensation would convert to a contingency arrangement, whereby FSLC would be paid 25% of any recovery on the Trustee Claim obtained through settlement or court order before the completion of discovery (the "Contingency Fee Formula"). The 25% contingency percentage would rise to 33% if trial or appeals were required to recover on the Trustee Claim.

8.      After entry of the Retention Order, the Debtor continued to contest the Trustee Claim, including through the Abandonment Motion that was not formally withdrawn until October 7, 2016 [Dkt. 49].

9.      Over the ensuing 2.5 months after being retained, FSLC proceeded to engage in contentious argument and correspondence with the Debtor's counsel (David Leibowitz; "Leibowitz"), Trust's counsel (Jeffrey Schwartz; "Schwartz") and Hamilton's counsel (Joseph

Baldi; "Baldi"),  and discovery, in an effort to convince them that the Cello was property of the Estate and should be turned over to the Trustee (or that, alternatively, the Trustee may exercise the Debtor's right to sell the Cello as successor trustee of the Trust, and distribute the proceeds to the Estate and Hamilton).

10.     Specifically, on June 20 and 28, 2016, respectively, the Trustee filed motions seeking formal discovery on the Trust related to the Trustee Claim pursuant to FRBP 2004 [Dkt. Nos. 42 and 46]. The court entered orders on June 27 and July 6, respectively, authorizing formal discovery against the Trust, the Debtor and various other parties affiliated with either the Trust or the Debtor, related to the Trustee Claim [Dkt. Nos. 44, 47]. FSLC proceeded to issue subpoenas to the Debtor and the Trust,  and received various documents from each of them in response thereto.

11.     From mid-June to August 31, 2016, through multiple emails and phone calls among FSLC,  Leibowitz, Schwartz and Baldi, FSLC vigorously contested their opposition to the Trustee's Claim, utilizing research and analysis that would otherwise be used to support a declaratory judgment complaint that FSLC prepared as an alternative to a negotiated solution.[1] Eventually, by late August 2016, FSLC, Schwartz, Baldi and Leibowitz reached a negotiated settlement of the Trustee Claim, pursuant to which the parties would cooperate in the Trust's effort to market and sell the Cello through a broker and then divide the proceeds according to an agreed formula (the "Settlement").

12.     Through a second series of emails and phone calls among FSLC, Leibowitz, Baldi and Schwartz, between September 1, 2016 and November 9, 2016,  the parties negotiated and

---

[1]     Out of professional courtesy to Leibowitz, Baldi and Schwartz, and in order to not discourage candor among counsel in other future matters, FSLC is not including copies of such emails as part of this Application, but will provide them upon request of the Court.

documented, and obtained court approval for, the Settlement. In particular, the Trust sold the

Cello for $1.13 million (the "Sale"). Pursuant to a Settlement Agreement approved by the Court

on November 9, 2016 [Dkt. 54] (the "Settlement Agreement"), the parties agreed that the Trustee

would receive $693,100 in net proceeds from the Sale for the benefit of the Estate (after payments

for capped Trust wind-down costs, brokerage fees, transaction costs and Hamilton's proportionate

share of the Sale proceeds on account of his 15.6% interest in the Cello, all pursuant to the terms

of the Settlement Agreement).

13.     Under the Contingency Fee Formula, the calculation of the Requested

Compensation is as follows: 25% x $693,100 [settlement amount to Estate] = $173,275.

## REQUESTED RELIEF AND BASIS THEREFOR

14.     FSLC files this Application to be allowed an administrative claim for the

Requested Compensation as calculated by the Contingency Fee Formula described in the

Retention Order.

15.     The Contingency Fee Formula is the appropriate basis for the Requested

Compensation because the Hourly Formula applied only if the Debtor did not contest the Trustee

Claim and no discovery was conducted. Both occurred here – the Debtor (along with the Trust

and Hamilton) through counsel did initially and strenuously contest the Trustee Claim (the

"Dispute"), and FSLC had to engage in pre-trial discovery in order to resolve the Dispute. In

addition, FSLC engaged in extensive debate, research and argument with counsel for the Debtor,

Hamilton and the Trust in order to resolve the Dispute, to the same extent as would have been

necessary to file an adversary complaint which FSLC had prepared and would have filed had the

Settlement not been reached.

16.     In order to provide the Court with a full record of FSLC's work in resolving the

Dispute,  FSLC is attaching hereto the same information that would ordinarily accompany a request for hourly compensation.

17.     Specifically, attached as **Exhibit A** to this Application is a schedule of the name and position of each FSLC attorney and paralegal who has performed work for the Trustee on this matter, the number of hours billed by each professional and his/her hourly billing rate, as well as the year each attorney graduated from law school and was admitted to practice in Illinois.

18.     Attached as **Exhibit B** to this Application are the detailed chronological FSLC time entries by task, describing the actual, necessary services rendered and time expended for work performed on behalf of the Trustee during the Application Period, consisting of the following categories[2]: (B-1) General Case Administration; (B-2) Professional Retention Application; (B-3) Fee Application; (B-4) Avoidance Action Discovery; (B-5) Other Discovery; (B-6) Research;  (B-7) Other Litigation; and (B-8) Asset Sales.

<u>**APPROPRIATENESS OF FEES**</u>

19.     The total fees sought by FSLC for professional services in this Application are $173,275.00 as calculated by the Contingency Fee Formula described in the Retention Order.

20.     The professional services provided by FSLC to the Trustee during the Application Period were necessary and appropriate to assist the Trustee with the administration of the Debtor's case, and were in the best interests of or otherwise benefitted the Estate.  In particular, FSLC's professional services (i) resulted in the Debtor withdrawing his Abandonment Motion that would otherwise have denied the Estate any recovery, (ii) resolved the Dispute that otherwise would have caused further delay and expense to the Estate with an uncertain outcome, and (iii) negotiated, structured, documented, obtained court approval for and implemented the Settlement of the Dispute that generated approximately $693,100 in net proceeds for the Estate (before

---

[2]     A general summary of each task can be found on the Exhibit B cover page.

payment of administrative expenses) that would likely otherwise have had no assets for creditors.

21.     FSLC's requested fees are awardable pursuant to the terms of the Contingency Fee Formula set forth in the Retention Order, and Section 330 of the Bankruptcy Code.   In addition, all time expended by FSLC in order to achieve the recovery for the Estate was reasonable and necessary.

## NOTICE

22.     Pursuant to Bankruptcy Rule 2002(a), notice of this Application has been given to: (a) the Debtor; (b) the Debtor's counsel; (c) the United States Trustee for the Northern District of Illinois; (d) all creditors who filed a proof of claim in the case; and (e) all other parties set up to receive notice through the Court's ECF filing system.   As to creditors, and to save costs for the Estate, FSLC requests that, pursuant to Bankruptcy Rule 2002(h), the court limit notice of this application to creditors who have filed a proof of claim in the case.   No incremental prejudice will result to any other creditor who did not file a proof of claim since such creditors are not entitled to a distribution in this case.   In light of the foregoing, the Trustee submits that no further notice is required.

WHEREFORE, FSLC requests entry of an order (i) allowing an administrative claim for the Requested Compensation; (ii) authorizing the Trustee to pay FSLC at this time allowed fees in the amount of $173,275.00 as determined by the Contingency Fee Formula; and (iii) providing such other and further relief as is proper and just.

Dated:  November 16, 2016                          Respectfully submitted,

**FOX, SWIBEL, LEVIN & CARROLL, LLP**

By:  _____*/s/ N. Neville Reid*_____
Fox, Swibel, Levin & Carroll, LLP,

7

Special Litigation Counsel to Chapter 7
Trustee, Joseph E. Cohen

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201

# EXHIBIT A

# ATTORNEY AND PARALEGAL INFORMATION

| Rank | Full Name | Law School Class | Admitted to Practice in Illinois | Billing Rate | Time | Amount |
|------|-----------|------------------|----------------------------------|--------------|------|--------|
| | | | | | | |
| ATTORNEYS | | | | | | |
| Partner | N. Neville Reid | 1987 | 1987 | $510.00 | 75.6 | $38,556.00 |
| Partner | Ryan T. Schultz | 2003 | 2006 | $385.00 | 22.5 | $8,662.50 |
| Associate | Brian J. Wilson | 2007 | 2007 | $350.00 | 4.7 | $1,645.00 |
| Partner | Terry W. Stein | 1986 | 1988 | $515.00 | 23.4 | $12,051.00 |
| | | | | | | |
| ATTORNEY TOTAL | | | | | 126.2 | $60,914.50 |

| Rank | Full Name | | | Billing Rate | Time | Amount |
|------|-----------|--|--|--------------|------|--------|
| | | | | | | |
| PARAPROFESSIONALS | | | | | | |
| Paralegal | Kimberly Y. McFarland | | | $190 | 9.8 | $1,862.00 |
| Paralegal | Melissa N. Aguirre | | | $190 | 21.2 | $4,028.00 |
| Paralegal | Sasheen M. Ekramullah | | | $190 | 2.4 | $456.00 |
| Paralegal | Cynthia A. Lukey | | | $190 | 0.6 | $114.00 |
| PARAPROFESSIONAL TOTAL | | | | | 34.0 | $6,460.00 |

| GRAND TOTAL | | 160.2 | $67,374.50 |
|-------------|--|-------|------------|

# EXHIBIT B

B-1    General Case Administration.    FSLC performed various miscellaneous tasks that facilitated the general investigation of the CRUT and the Debtor for the benefit of the Estate, including (a) monitoring the docket and obtaining documents therefrom for use by attorneys in investigating the CRUT and the Debtor and preparing and filing pleadings with respect thereto, and (b) drafting, revising and finalizing Rule 2004 Motions.[1]

[Total hours: 12.0; Dollar value of fees incurred: $2,635.00]

B-2    Professional Retention Applications.    FSLC prepared and finalized its affidavit for retention of its professional services.

[Total hours: 1.9; Dollar value of fees incurred: $905.00]

B-3    Fee Applications.  FSLC prepared and finalized its First and Final Fee application (with exhibits).

[Total hours: 23.2; Dollar value of fees incurred: $5,432.00]

B-4    Avoidance Action Discovery.    FSLC performed legal discovery in support of the Trustee's claim that the Cello was property of the Estate and/or that the Trustee had the right to sell the Cello and recover its value for creditors.

[Total hours: 7.7; Dollar value of fees incurred: $3,927.00]

B-5    Other Discovery.  FSLC performed other legal discovery around its Rule 2004 motions, including attending the hearings for the same, preparing subpoenas for documents from and testimony (as needed) of the CRUT, and reviewing various documents produced by the CRUT.

[Total hours: 11.3; Dollar value of fees incurred: $4,734.00]

B-6    Research.  FSLC performed research related to the administration of self-settled trusts, potential tax implications of the proposed disposition of the Cello, procedural requirements to seek injunctive relief preventing dissipation of Trust assets, and  strategies to protect estate assets.

[Total hours: 20.6; Dollar value of fees incurred: $9,511.50]

B-7    Other Litigation.  FSLC performed the legal work necessary to pursue and recover the Cello, including analyzing the Debtor's arguments in opposition to turnover of the same, and preparing a complaint against the Trust and the Debtor for turnover of the same.

[Total hours: 11.2; Dollar value of fees incurred: $4,430.00]

---

[1]    Defined terms herein are the same as in the appended FSLC Application.

B-8    Asset Sales.  FSLC incurred time related to the negotiation and documentation of (i) the terms of the agreement settling the Trustee's claims (a) to the Cello and the proceeds of sale thereof,  and (b) against the Trust, and (ii) a separate agreement to sell the Cello. This category also included the preparation and presentation of a motion to approve the Trustee's settlement agreement with the Debtor, the Trust and Hamilton Cheifetz, and consummation of the settlement described therein.

[Total hours: 72.3; Dollar value of fees incurred: $35,800.00]

# EXHIBIT B-1

# Fox Swibel Levin & Carroll LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

November 16, 2016

INVOICE:   67885
File No:  06279 - 003

Joseph E. Cohen, as Trustee for Daniel
Cheifetz

## Daniel Cheifetz - General Case Administration

## *PROFESSIONAL SERVICES*

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/19/2016 | RTS | Reviewed bankruptcy docket for relevant filings (.2); reviewed bankruptcy filings (.2); reviewed trust document (.3); reviewed prior research on CRUT property of the estate issues (.2) | 0.90 hrs @ | 385 /hr | 346.50 |
| 05/19/2016 | KYM | Meeting with Allison re conflict search on Cheifetz and the Trust (.1); Telephone call to Jaime re same (.1); Daniel Cheifetz - Pulling docket for Ryan S. to review (.1); Pulling certain documents from the docket (.4); Drafting Declaration of Ryan Schultz in Support of Trustee's Motion to Employ FSLC as Special Counsel (.3) | 1.00 hrs @ | 190 /hr | 190.00 |
| 05/20/2016 | RTS | TC w N. Reid re CRUT issues (.1) | 0.10 hrs @ | 385 /hr | 38.50 |
| 05/24/2016 | NNR | Joe Cohen Matter re Cheifitz: Discussion with Terry Stein re tax issues and self-settled trust (0.3); follow up discussion with J. Cohen re same (0.2) | 0.50 hrs @ | 510 /hr | 255.00 |
| 05/24/2016 | KYM | Sending Declaration to Motion to Employ FSLC as Special Counsel to Neville | 0.10 hrs @ | 190 /hr | 19.00 |
| 06/15/2016 | KYM | Revising Rule 2004 Motion (.2); Preparing Proposed Order to Rule 2004 Motion (.2) | 0.40 hrs @ | 190 /hr | 76.00 |
| 06/16/2016 | KYM | Reviewing Rule 2004 Motion and Proposed Order (.1); Meeting with Ryan re Rule 2004 Motion (.1) | 0.20 hrs @ | 190 /hr | 38.00 |
| 06/20/2016 | KYM | Reading email from Neville to Joseph Cohen re Rule 2004 Motion (.1); Reading email from Neville to Cynthia Lukey re address for Open Text Company (.1); Telephone call from Neville re Rule 2004 Motion (.1); Meeting with Neville re Proposed Order to Rule 2004 Motion (.1); Preparing Rule 2004 Motion for filing (.2); E-filing Rule 2004 Motion (.4); Preparing Rule 2004 Motion for mailing (.3); Docketing hearing date for Rule 2004 Motion (.1) | 1.40 hrs @ | 190 /hr | 266.00 |

J.E. Cohen, Truste  D.Cheifetz                                                                    Page      2
General Case Administration

| Date | ID | | Description | Hours | Rate | Amount |
|------|-----|---|-------------|-------|------|--------|
| 06/27/2016 | KYM | | Reviewing emails from Neville and Ryan re hearing on Rule 2004 Motion (.1); Telephone call with courtroom deputy re Order Granting in part, Denying in part Motion for Rule 2004 [Dkt. 44] (2x) (.2); Searching Secretary of State of Illinois website for Open Text Company (.2); Reading Local Rule 9013-9 (.1); Searching Secretary of State of Illinois website for Enterprise Development Foundation (.1); Meeting with Neville re Rule 2004 Motion (.1); Telephone call with courtroom deputy re Rule 2004 Motion (.1); Meeting with Cindy Lukey re registered agent for Open Text Corporation (.2); Revising Rule 2004 Motion (1.0); Revising Proposed Order to Rule 2004 Motion (.2); Updating Neville on the status of Rule 2004 Motion (.1); Reading email from Ryan to Neville re revised Rule 2004 Motion and Proposed Order (.1); Sending revised Rule 2004 Motion and Proposed Order to Ryan (.1) | 2.60 hrs @ | 190 /hr | 494.00 |
| 06/28/2016 | KYM | | Telephone call with Courtroom Deputy to Judge Goldgar re amended order to Rule 2004 Motion (.1); Reviewing Amended Order [Dkt. 45] to Rule 2004 Motion (.1); Meeting with Ryan re Rule 2004 Motion (.1); Revising Rule 2004 Motion (.1); Reviewing Proposed Order to Rule 2004 Motion (.1); Telephone call with case manager re filing of Rule 2004 Motion (.1); E-filing Rule 2004 Motion (.4); Reviewing filed Rule 2004 Motion and preparing for mail (.2) | 1.20 hrs @ | 190 /hr | 228.00 |
| 06/30/2016 | KYM | | Telephone call with Ryan re documents saved in imanage (.1); Meeting with Jonathan re same (.1); Saving documents to matter 002 (.1) | 0.30 hrs @ | 190 /hr | 57.00 |
| 07/07/2016 | KYM | | Uploading Order Authorizing the Trustee to Conduct 2004 Examinations to imanage (.1); Sending Order to Neville and Ryan (.1) | 0.20 hrs @ | 190 /hr | 38.00 |
| 08/02/2016 | SME | | Spoke with N. Reid (.1)(.1)(.1); scanned docs (.8); OCRed files (.8); bates stamped and organized file (.5) | 2.40 hrs @ | 190 /hr | 456.00 |
| 11/08/2016 | MNA | B110 | File amended exhibit and proposed order to trustee's motion to approve settlement agreement. | 0.70 hrs @ | 190 /hr | 133.00 |

Total Professional Services:                                                        $2,635.00

| ID | Timekeeper Name | | | Hours | | Total Fees |
|----|-----------------|---|---|-------|---|------------|

J.E. Cohen, Truste  D.Cheifetz                                    Page      3
General Case Administration

| | | | |
|---|---|---|---|
| KYM | McFarland, Kimberly Yvette | 7.40 | $1,406.00 |
| MNA | Aguirre, Melissa N | 0.70 | $133.00 |
| NNR | Reid, N. Neville | 0.50 | $255.00 |
| RTS | Schultz, Ryan T | 1.00 | $385.00 |
| SME | Ekramullah, Sasheen M | 2.40 | $456.00 |

### BILL SUMMARY

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $2,635.00 |
| TOTAL CURRENT CHARGES | $2,635.00 |
| BALANCE FORWARD FROM LAST BILL | $0.00 |
| PAYMENTS APPLIED | ($0.00) |
| BALANCE FORWARD | $0.00 |
| BALANCE DUE | $2,635.00 |
| Trust funds remaining: | $0.00 |

# EXHIBIT B-2

# Fox Swibel Levin & Carroll LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

November 16, 2016

INVOICE:    67886
File No: 06279 - 004

Joseph E. Cohen, as Trustee for Daniel
Cheifetz

## Daniel Cheifetz - Professional Retention App.

### _PROFESSIONAL SERVICES_

| Date | ID | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/20/2016 | KYM | Telephone call with Neville re Declaration to Motion to Employ FSLC as Special Counsel (.1); Reviewing Declaration to Motion to Employ FSLC as Special Counsel (.1) | 0.20 hrs @ | 190 /hr | 38.00 |
| 05/25/2016 | NNR | Edit, revise, send affidavit re retention in Cheifetz case | 1.20 hrs @ | 510 /hr | 612.00 |
| 06/03/2016 | NNR | Edit, revise declaration and email correspondence with Joe  Cohen re same | 0.50 hrs @ | 510 /hr | 255.00 |

Total Professional Services:    $905.00

| ID | Timekeeper Name | Hours | Total Fees |
|---|---|---|---|
| KYM | McFarland, Kimberly Yvette | 0.20 | $38.00 |
| NNR | Reid, N. Neville | 1.70 | $867.00 |

J.E. Cohen, Truste  D.Cheifetz                                    Page      2
Professional Retention App.

### *BILL SUMMARY*

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $905.00 |
| TOTAL CURRENT CHARGES | $905.00 |
| BALANCE FORWARD FROM LAST BILL | $0.00 |
| PAYMENTS APPLIED | ($0.00) |
| BALANCE FORWARD | $0.00 |
| BALANCE DUE | $905.00 |
| Trust funds remaining: | $0.00 |

# EXHIBIT B-3

# Fox Swibel Levin & Carroll LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

November 16, 2016

INVOICE:   67887
File No: 06279 - 005

Joseph E. Cohen, as Trustee for Daniel
Cheifetz

# Daniel Cheifetz - Fee Application

## *PROFESSIONAL SERVICES*

| Date | Initials | Code | Description | Hours | Rate | Amount |
|------|----------|------|-------------|-------|------|--------|
| 11/02/2016 | NNR | | call to J. Cohen re fee app issues (0.2); review retention order re same (0.2); discussion with Melissa Aguirre re structure of fee app and narrative (0.4); check Goldgar schedule (0.1) ; review, collect emails for MNA re history of dispute and resolution thereof (.20) | 1.10 hrs @ | 510 /hr | 561.00 |
| 11/02/2016 | MNA | | Discuss details of preparing FSLC's final fee application with N. Reid. | 0.40 hrs @ | 190 /hr | 76.00 |
| 11/04/2016 | MNA | | Review emails to determine whether to attach as exhibits to FSLC's final fee application. | 0.50 hrs @ | 190 /hr | 95.00 |
| 11/07/2016 | MNA | | Begin preparing FSLC's first and final fee application. | 4.20 hrs @ | 190 /hr | 798.00 |
| 11/08/2016 | NNR | | discussion with M. Aguirre re fee app | 0.10 hrs @ | 510 /hr | 51.00 |
| 11/10/2016 | NNR | | review bills for fee app and meeting with Melissa re Cheifetz fee application | 1.40 hrs @ | 510 /hr | 714.00 |
| 11/14/2016 | NNR | | edit, revise fee application | 0.60 hrs @ | 510 /hr | 306.00 |
| 11/08/2016 | MNA | B160 | Continue preparing FSLC's first and final fee application. | 5.40 hrs @ | 190 /hr | 1,026.00 |
| 11/10/2016 | MNA | B160 | Continue preparing FSLC's first and final fee application (3.40); discuss same with N. Reid (.7). | 4.10 hrs @ | 190 /hr | 779.00 |
| 11/11/2016 | MNA | B160 | Continue preparing FSLC's first and final fee application. | 5.40 hrs @ | 190 /hr | 1,026.00 |

Total Professional Services:   $5,432.00

J.E. Cohen, Truste  D.Cheifetz                                    Page      2
Fee Application

| ID | Timekeeper Name | Hours | Total Fees |
|----|-----------------|-------|------------|
| MNA | Aguirre, Melissa N | 20.00 | $3,800.00 |
| NNR | Reid, N. Neville | 3.20 | $1,632.00 |

### BILL SUMMARY

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $5,432.00 |
| TOTAL CURRENT CHARGES | $5,432.00 |
| BALANCE FORWARD FROM LAST BILL | $0.00 |
| PAYMENTS APPLIED | ($0.00) |
| BALANCE FORWARD | $0.00 |
| BALANCE DUE | $5,432.00 |
| Trust funds remaining: | $0.00 |

# EXHIBIT B-4

# Fox Swibel Levin & Carroll LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

November 16, 2016

INVOICE:    67888
File No: 06279 - 006

Joseph E. Cohen, as Trustee for Daniel
Cheifetz

# Daniel Cheifetz - Avoidance Action Discovery

## *PROFESSIONAL SERVICES*

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/2016 | NNR | Email to R. Schultz re stratey, discovery and next steps | 0.20 hrs @ | 510 /hr | 102.00 |
| 06/01/2016 | NNR | Further analysis and emails re right of trustee to the res of self-settled trust | 0.40 hrs @ | 510 /hr | 204.00 |
| 06/01/2016 | NNR | Review, analyze trust agreement re ability of trustee to recover cello as corpus of trust (0.9); prepare email to D. Liebowitz re legal analysis of trustee's right to sell cello and recover its value for creditors (0.5) | 1.40 hrs @ | 510 /hr | 714.00 |
| 06/01/2016 | NNR | Email to D. Leibowitz re property of the estate argument | 0.20 hrs @ | 510 /hr | 102.00 |
| 06/02/2016 | NNR | Review case law re ability to penetrate trust and recover assets (0.2); email to R. Schultz re same (0.1); further email, analysis re ability to obtain information on trust assets before filing complaint (0.2) | 0.50 hrs @ | 510 /hr | 255.00 |
| 06/14/2016 | NNR | Research, analysis re trustee's rights to exercise debtor's powers over self-settled trust | 0.70 hrs @ | 510 /hr | 357.00 |
| 06/21/2016 | NNR | Discussion with D. Leibowitz re status, next steps, potential standstill (0.3); discussion with client re status (0.1); further discussion with  client re potential strategies to realize value from sale of cello (0.1); discussion with appraisers and research information re entities which may sell/market cello (0.5);  email to client re same (0.2) ; email to R. Schultz re outline for potential stipulation with Debtor (0.4) | 1.60 hrs @ | 510 /hr | 816.00 |
| 06/22/2016 | NNR | Research, analysis, draft email re demand for return of trust property | 1.30 hrs @ | 510 /hr | 663.00 |

J.E. Cohen, Truste  D.Cheifetz                                                    Page    2
Avoidance Action Discovery

| Date | ID | Description | | | | |
|------|-----|-------------|---|---|---|---|
| 06/27/2016 | NNR | Resolve follow up issues re Rule 2004 motion  and discussion  with R. Schultz re same (0.3); call to and discussion with client re update and status (0.1); email to D. Leibowitz re status of response (0.1) | 0.50 hrs @ | 510 /hr | 255.00 |
| 09/12/2016 | NNR | discussion with J. Schwartz, R . Schultz and J. Baldi re terms of sale/consignment and auction of cello (0.7); follow up discussion with R. Schultz re strategic issues (0.2) | 0.90 hrs @ | 510 /hr | 459.00 |

Total Professional Services:               $3,927.00

| ID | Timekeeper Name | Hours | Total Fees |
|------|-----------------|-------|------------|
| NNR | Reid, N. Neville | 7.70 | $3,927.00 |

## BILL SUMMARY

| | |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $3,927.00 |
| TOTAL CURRENT CHARGES | $3,927.00 |
| BALANCE FORWARD FROM LAST BILL | $0.00 |
| PAYMENTS APPLIED | ($0.00) |
| BALANCE FORWARD | $0.00 |
| BALANCE DUE | $3,927.00 |
| Trust funds remaining: | $0.00 |

# EXHIBIT B-5

# Fox Swibel Levin & Carroll LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

November 16, 2016

INVOICE:   67889
File No:  06279 - 008

Joseph E. Cohen, as Trustee for Daniel
Cheifetz

## Daniel Cheifetz - Other Discovery

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/14/2016 | NNR | Discussion with R. Schultz re Rule 2004 discovery and next steps, strategy (0.10); follow up discussion with K. McFarland re same (0.10) | 0.20 hrs @ | 510 /hr | 102.00 |
| 06/14/2016 | KYM | Drafting Rule 2004 Motion | 1.60 hrs @ | 190 /hr | 304.00 |
| 06/17/2016 | RTS | Reviewed and revised 2004 motion (.2) | 0.20 hrs @ | 385 /hr | 77.00 |
| 06/17/2016 | KYM | Revising Rule 2004 Motion and Proposed Order (.4); Reviewing emails from Neville re filing the Rule 2004 Motion (.2) | 0.60 hrs @ | 190 /hr | 114.00 |
| 06/20/2016 | NNR | Edit, revise Rule 2004 motion and call with client re same | 2.30 hrs @ | 510 /hr | 1,173.00 |
| 06/23/2016 | RTS | Drafted 2004 Subpoenas for documents and testimony to Ariella Reinvestment Trust | 0.70 hrs @ | 385 /hr | 269.50 |
| 06/27/2016 | RTS | Attended hearing on 2004 motion (.5); drafted supplemental 2004 motion and proposed order (.3) | 0.80 hrs @ | 385 /hr | 308.00 |
| 07/05/2016 | NNR | email to D. Leibowitz re status, next steps (0.2); discussion with R. Schultz re status (0.1) | 0.30 hrs @ | 510 /hr | 153.00 |
| 07/06/2016 | RTS | Attended hearing re supplemental 2004 motion (.4) | 0.40 hrs @ | 385 /hr | 154.00 |
| 07/06/2016 | NNR | calls, emails to potential auction houses re auction for sale of cello (0.5); update client re same (0.2); email to David L. re need for a timetable to resolve dispute (0.3) | 1.00 hrs @ | 510 /hr | 510.00 |
| 07/08/2016 | NNR | edit, revise subpoena rider | 1.50 hrs @ | 510 /hr | 765.00 |

J.E. Cohen, Truste  D.Cheifetz                                                                Page       2
Other Discovery

| Date | ID | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/12/2016 | NNR | discussion with Jeff Schwartz re discovery, answer to subpoena, overall threshold issues /next steps ; review cases and forward to J. Schwartz re extent of debtor's interest in trust | 0.50 hrs @ | 510 /hr | 255.00 |
| 07/12/2016 | NNR | returned call of Jeff Schwartz (0.05); discussion with R. Schultz re status of case (0.05) | 0.10 hrs @ | 510 /hr | 51.00 |
| 07/13/2016 | NNR | conf call with Gregg Simon and Jeff Schwartz re legal and factual issues related to the trust, next steps and response to discovery | 0.60 hrs @ | 510 /hr | 306.00 |
| 07/20/2016 | RTS | TC w B. Werner, GC of Open Text re 2004 Motion issues (.2) | 0.20 hrs @ | 385 /hr | 77.00 |
| 08/02/2016 | RTS | Reviewed documents produced by the Ariella Reinvestment Trust (.3) | 0.30 hrs @ | 385 /hr | 115.50 |

Total Professional Services:                 $4,734.00

| ID | Timekeeper Name | Hours | Total Fees |
|---|---|---|---|
| KYM | McFarland, Kimberly Yvette | 2.20 | $418.00 |
| NNR | Reid, N. Neville | 6.50 | $3,315.00 |
| RTS | Schultz, Ryan T | 2.60 | $1,001.00 |

### *BILL SUMMARY*

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $4,734.00 |
| TOTAL CURRENT CHARGES | $4,734.00 |
| BALANCE FORWARD FROM LAST BILL | $0.00 |
| PAYMENTS APPLIED | ($0.00) |
| BALANCE FORWARD | $0.00 |
| BALANCE DUE | $4,734.00 |
| Trust funds remaining: | $0.00 |

# EXHIBIT B-6

# Fox Swibel Levin & Carroll LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

November 16, 2016

INVOICE:   67890
File No: 06279 - 009

Joseph E. Cohen, as Trustee for Daniel
Cheifetz

## Daniel Cheifetz - Asset Investigation

### *PROFESSIONAL SERVICES*

| Date | Init | Description | Hours | | Rate | Amount |
|------|------|-------------|-------|---|------|--------|
| 05/31/2016 | TWS | Research re tax consequences of severance of, transfer of interest in, CRUT. | 3.50 | hrs @ | 515 /hr | 1,802.50 |
| 06/02/2016 | RTS | Email from N. Reid re drafting filing to recover trust proceeds (.1); legal research re procedural requirements to seek turnover of estate assets (.5); email to N. Reid re same (.1) | 0.70 | hrs @ | 385 /hr | 269.50 |
| 06/20/2016 | CAL | Per N. Reid, researched corporate address for Open Text | 0.50 | hrs @ | 190 /hr | 95.00 |
| 06/27/2016 | CAL | Met with K. McFarland re: registered agent for Open Text Corporation; researched same | 0.10 | hrs @ | 190 /hr | 19.00 |
| 07/05/2016 | BJW | Conducted legal research re. bankruptcy trustee's ability to seek injunctive relief preventing transfer of estate property | 3.00 | hrs @ | 350 /hr | 1,050.00 |
| 07/11/2016 | BJW | Conducted supplemental research into trustee's ability to seek preliminary injunction protecting estate property | 1.50 | hrs @ | 350 /hr | 525.00 |
| 07/14/2016 | NNR | further research, analysis re rights of creditors in self-setttled trusts | 0.30 | hrs @ | 510 /hr | 153.00 |
| 07/15/2016 | NNR | further analysis, research re ability of trustee to reach corpus, and discussion with client re status, next steps | 1.50 | hrs @ | 510 /hr | 765.00 |
| 07/18/2016 | NNR | research, analysis re whether trust assets are property of the estate | 2.40 | hrs @ | 510 /hr | 1,224.00 |
| 07/19/2016 | NNR | further research, analysis re trust cases on ability of trustee to sell assets held by a trust (2.0); discussion with J. Schwartz re disposition of corpus (0.4) | 2.60 | hrs @ | 510 /hr | 1,326.00 |

J.E. Cohen, Truste  D.Cheifetz                                                                     Page      2
Asset Investigation

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 07/21/2016 | NNR | further research, analysis re ability to penetrate assets of trust | 1.90 | hrs @ | 510 | /hr | 969.00 |
| 07/22/2016 | NNR | further research, analysis re ability to access corpus of the trust | 1.00 | hrs @ | 510 | /hr | 510.00 |
| 07/25/2016 | NNR | further research, analysis re ability to penetrate trust corpus for creditors | 1.50 | hrs @ | 510 | /hr | 765.00 |
| 10/26/2016 | RTS | Email from T. Stein re tax analysis (.1) | 0.10 | hrs @ | 385 | /hr | 38.50 |

Total Professional Services:                $9,511.50

| ID | Timekeeper Name | Hours | Total Fees |
|---|---|---|---|
| BJW | Wilson, Brian J | 4.50 | $1,575.00 |
| CAL | Lukey, Cynthia A. | 0.60 | $114.00 |
| NNR | Reid, N. Neville | 11.20 | $5,712.00 |
| RTS | Schultz, Ryan T | 0.80 | $308.00 |
| TWS | Stein, Terry W | 3.50 | $1,802.50 |

### *BILL SUMMARY*

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $9,511.50 |
| TOTAL CURRENT CHARGES | $9,511.50 |
| BALANCE FORWARD FROM LAST BILL | $0.00 |
| PAYMENTS APPLIED | ($0.00) |
| BALANCE FORWARD | $0.00 |
| BALANCE DUE | $9,511.50 |
| Trust funds remaining: | $0.00 |

# EXHIBIT B-7

# Fox Swibel Levin & Carroll LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

November 16, 2016

INVOICE:    67891
File No: 06279 - 010

Joseph E. Cohen, as Trustee for Daniel
Cheifetz

## Daniel Cheifetz - Research

## *PROFESSIONAL SERVICES*

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 06/01/2016 | RTS | Email from N. Reid to D. Leibowitz re CRUT trust property (.1) | 0.10 hrs @ | 385 /hr | 38.50 |
| 06/08/2016 | NNR | Review Rush case re discretion to distribute principal to settlor/beneficiary from liquidation proceeds (0.2); attempted call to D. Leibowitz re follow up on his potential objection to (0.1); discussion with David Leibowitz re legal theories (0.2); research, analysis re same (0.2) | 0.70 hrs @ | 510 /hr | 357.00 |
| 06/21/2016 | RTS | Emails from N. Reid re stipulation re trust assets (.2); drafted stipulation re trust assets (1.5) | 1.70 hrs @ | 385 /hr | 654.50 |
| 06/22/2016 | RTS | Drafted stipulation re trust assets (1.5); met w N. Reid re same (.4) | 1.90 hrs @ | 385 /hr | 731.50 |
| 06/24/2016 | NNR | Email to D. Leibowitz re status of client response | 0.30 hrs @ | 510 /hr | 153.00 |
| 06/29/2016 | RTS | Emails to and from N. Reid re drafting complaint and TRO (.2) | 0.20 hrs @ | 385 /hr | 77.00 |
| 06/30/2016 | RTS | Met w B. Wilson re legal research in support of complaint and motion for TRO (.2); Drafted complaint for turnover (.5) | 0.70 hrs @ | 385 /hr | 269.50 |
| 06/30/2016 | BJW | Spoke to R. Schultz re. need for legal research on ability to seek injunctive relief re. return or restraint on transfer of valuable estate property | 0.20 hrs @ | 350 /hr | 70.00 |
| 07/01/2016 | RTS | Drafted complaint and motion for TRO/Preliminary Injunction (2.0) | 2.00 hrs @ | 385 /hr | 770.00 |
| 07/05/2016 | RTS | Revised turnover complaint (.5); drafted TRO (1.2) | 1.70 hrs @ | 385 /hr | 654.50 |
| 07/08/2016 | RTS | Finalized subpoena to Ariella Reinvestment Trust (.2); email to D. Leibowitz re same (.1); emails to | 0.70 hrs @ | 385 /hr | 269.50 |

J.E. Cohen, Truste  D.Cheifetz

Research

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   |   | and from N. Reid re subpoena issues (.1); email from D. Leibowitz re debtor's legal position re cello (.1); emails to and from N. Reid and D. Leibowitz re same (.2) |   |   |   |   |
| 07/11/2016 | RTS | Reviewed email memo from B. Wilson re available injunctive relief | 0.20 hrs @ | 385 /hr | 77.00 |
| 09/12/2016 | RTS | TC w J. Schwartz et al. re settlement issues (.5); TC w N. Reid re same (.2) | 0.70 hrs @ | 385 /hr | 269.50 |
| 09/29/2016 | RTS | Reviewed proposed settlement term sheet (.1) | 0.10 hrs @ | 385 /hr | 38.50 |

Total Professional Services:    $4,430.00

| ID | Timekeeper Name | Hours | Total Fees |
|----|-----------------|-------|------------|
| BJW | Wilson, Brian J | 0.20 | $70.00 |
| NNR | Reid, N. Neville | 1.00 | $510.00 |
| RTS | Schultz, Ryan T | 10.00 | $3,850.00 |

### BILL SUMMARY

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $4,430.00 |
| TOTAL CURRENT CHARGES | $4,430.00 |
| BALANCE FORWARD FROM LAST BILL | $0.00 |
| PAYMENTS APPLIED | ($0.00) |
| BALANCE FORWARD | $0.00 |
| BALANCE DUE | $4,430.00 |
| Trust funds remaining: | $0.00 |

# EXHIBIT B-8

# Fox Swibel Levin & Carroll LLP

200 W. Madison Street - Suite 3000
Chicago, IL 60606
(312) 224-1200
Tax I.D. 36-4350549

November 16, 2016

INVOICE:    67892
File No: 06279 - 012

Joseph E. Cohen, as Trustee for Daniel
Cheifetz

## Daniel Cheifetz - Asset Sales

## _PROFESSIONAL SERVICES_

| Date | | Description | Hours | | Rate | | Amount |
|------|------|-------------|-------|---|------|---|--------|
| 07/26/2016 | NNR | discussion with J. Schwartz re case law, arguments in favor of potential sale of cello (0.3); email to client re update, status (0.1); further analyze cases and begin structure of letter to opposing counsel re same (0.5) | 0.90 hrs @ | | 510 /hr | | 459.00 |
| 07/28/2016 | NNR | discussion with Jeff Schwartz re sale of cello, resolution of issues (0.3); email to client re update (0.1) | 0.40 hrs @ | | 510 /hr | | 204.00 |
| 08/08/2016 | NNR | discussion with Joe Baldi re mechanics of sale of cello property (0.30); discussion with client re status, strategy, next steps (0.2) | 0.50 hrs @ | | 510 /hr | | 255.00 |
| 09/23/2016 | NNR | emails to client re status of case (0.1); email to J. Schwartz re status of document (0.1) | 0.20 hrs @ | | 510 /hr | | 102.00 |
| 09/29/2016 | NNR | discussion with J. Baldi re potential offer (.5); responsive email re same (.2); discussion with Joe Cohen re merits of offer (.2); further discussions with Jeff and Joe re same (2.0);  discussion with client re next steps, response to offer (.2); draft email to JS re conditions for disposition of cello (.7). | 3.80 hrs @ | | 510 /hr | | 1,938.00 |
| 09/30/2016 | RTS | Emails among N. Reid, J. Baldi and J. Schwartz re terms sheet and cello sale issues (.3); reviewed settlement term sheet (.2) | 0.50 hrs @ | | 385 /hr | | 192.50 |
| 09/30/2016 | RTS | Emails among N. Reid, J. Baldi and J. Schwartz re terms sheet and cello sale issues (.3); reviewed settlement term sheet (.2) | 0.50 hrs @ | | 385 /hr | | 192.50 |
| 10/01/2016 | RTS | Emails among N. Reid, J. Baldi and J. Schwarts re settlement and cello sale issues (.2) | 0.20 hrs @ | | 385 /hr | | 77.00 |
| 10/01/2016 | NNR | further emails, conf calls re resolve issues re sale of cello and trip to Europe by M. Reynolds | 1.00 hrs @ | | 510 /hr | | 510.00 |

J.E. Cohen, Truste  D.Cheifetz                                                    Page    2

Asset Sales

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/02/2016 | RTS | Emails among N. Reid, J. Baldi and J. Schwartz re settlement and cello sale issues (.1) | 0.10 hrs @ | 385 | /hr | 38.50 |
| 10/04/2016 | NNR | discussion with Joe Cohen and J. Schwartz re settlement agreement, sale procedure and next steps (.4); message to J. Cohen re same (.1). | 0.50 hrs @ | 510 | /hr | 255.00 |
| 10/06/2016 | NNR | emails, proposed structuring re auction | 0.20 hrs @ | 510 | /hr | 102.00 |
| 10/08/2016 | RTS | Emails between N. Reid and J. Baldi (.2) | 0.20 hrs @ | 385 | /hr | 77.00 |
| 10/09/2016 | RTS | Emails between N. Reid and J. Baldi (.1) | 0.10 hrs @ | 385 | /hr | 38.50 |
| 10/10/2016 | RTS | Drafted motion to approve settlement (2.8); drafted proposed order approving settlement (.3) | 3.10 hrs @ | 385 | /hr | 1,193.50 |
| 10/10/2016 | NNR | discussion with T. Stein re tax consequences of structure of sale of cello (0.6);  email to Baldi re additional information needed for settlement agreement (0.2); discussion with R. Schultz re settlement agreement (0.2); further analysis, review trust documents, discussion with J. Schwartz re calculation of accrued unitrust amount ((2.0) | 3.00 hrs @ | 510 | /hr | 1,530.00 |
| 10/11/2016 | RTS | Drafted and revised motion to approve settlement | 1.00 hrs @ | 385 | /hr | 385.00 |
| 10/11/2016 | NNR | edit, revise settlement agreement and send to client re same (3.20); further discussion, emails re transacting with broker in Switzerland location (1.0) | 4.20 hrs @ | 510 | /hr | 2,142.00 |
| 10/12/2016 | RTS | Reviewed revised settlement agreement and drafted comments to same (.5); reviewed letter from M. Reynolds re sale process (.1) | 0.60 hrs @ | 385 | /hr | 231.00 |
| 10/12/2016 | NNR | discussion with Joe  Baldi re next steps, safety of cello, related issues (0.2); prepare email to client re update (0.1); discussion with R. Schultz re settlement agreement (0.1);  prepare email to JB//JS re issues for the call (0.3); further review, analyze documents re care of cello pre-sale, agreement with broker, terms of sale agreement and edits to settlement agreement (0.9); conf call with JS/JB re finalizing terms of brokerage, pre-closing care of cello and sale (0.3); follow up analysis re same (0.2) | 2.10 hrs @ | 510 | /hr | 1,071.00 |
| 10/13/2016 | RTS | Revised settlement agreement (.3) | 0.30 hrs @ | 385 | /hr | 115.50 |

J.E. Cohen, Truste  D.Cheifetz                                                    Page      3
Asset Sales

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/14/2016 | NNR | edit, revise settlement agreement and email to group re same | 1.40 hrs @ | 510 /hr | 714.00 |
| 10/15/2016 | NNR | further edit, revise settlement agreement and sale document | 3.70 hrs @ | 510 /hr | 1,887.00 |
| 10/17/2016 | RTS | Reviewed revised settlement agreement (.2); Met w N. Reid re same (.1) | 0.30 hrs @ | 385 /hr | 115.50 |
| 10/17/2016 | NNR | Discussion with J. Cohen re comments to settlement agreement (0.3) and edit, revise settlement agreement re same (0.9) | 1.20 hrs @ | 510 /hr | 612.00 |
| 10/17/2016 | NNR | discussion with Terry S. re tax issues | 0.30 hrs @ | 510 /hr | 153.00 |
| 10/17/2016 | TWS | research re taxation of CRUT (1.7); research re tax consequences of termination of CRUT (1.7); conf with Neville Reid re same (.1). | 3.50 hrs @ | 515 /hr | 1,802.50 |
| 10/18/2016 | NNR | Discussion with J. Schwartz re settlement agreement and next steps (0.3); review draft settlement docments re same (0.3); further discussions with JS and client re resolution of tax issue (0.7). | 1.30 hrs @ | 510 /hr | 663.00 |
| 10/18/2016 | NNR | conf call with Joe/Jeff re settlement Agreement (0.10); edit, revise settlement agreement (1.50); edit, revise motion for sale of cello property (0.9) | 2.50 hrs @ | 510 /hr | 1,275.00 |
| 10/18/2016 | TWS | review trust agreement (.8); research re tax treatment of charitable remainder trusts and their non-charitable beneficiaries (4.0). | 4.80 hrs @ | 515 /hr | 2,472.00 |
| 10/19/2016 | RTS | Revised motion to approve settlement and proposed order (.5); revised settlement agreement (.3) | 0.80 hrs @ | 385 /hr | 308.00 |
| 10/19/2016 | NNR | discussion with T. Stein and J. Schwartz re potential tax issue and follow up email, analysis re same (1.0) | 1.00 hrs @ | 510 /hr | 510.00 |
| 10/19/2016 | NNR | further edit, revise settlement document and motion and discussion with DL re scope of debtor release (2.0); further discussion, emails re resolution of tax issues (1.0) | 3.00 hrs @ | 510 /hr | 1,530.00 |
| 10/19/2016 | TWS | Extensive research re tax issues (5.6); conf with Jeff Schwartz and others re same (.7); mult conf with Neville Reid re same (.2). | 6.50 hrs @ | 515 /hr | 3,347.50 |
| 10/20/2016 | NNR | discusssion with J Schwartz re documents, settlement, next steps | 0.20 hrs @ | 510 /hr | 102.00 |

J.E. Cohen, Truste  D.Cheifetz                                                                   Page     4
Asset Sales

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/20/2016 | TWS | continue research re UBTI issues and termination issues | 1.50 hrs @ | 515 /hr | 772.50 |
| 10/24/2016 | NNR | Discussion with J. Schwartz re timing of closing. | 0.20 hrs @ | 510 /hr | 102.00 |
| 10/24/2016 | NNR | further edit, revise settlement motion and emails re same | 0.80 hrs @ | 510 /hr | 408.00 |
| 10/25/2016 | RTS | TC w N. Reid re remaining settlement issues | 0.20 hrs @ | 385 /hr | 77.00 |
| 10/25/2016 | NNR | discussion with Jeff Schwartz re structuring issues, finalizing settlement agreement and settlement motion (0.3); discussion with R Schultz re same and status of case (0.3) | 0.60 hrs @ | 510 /hr | 306.00 |
| 10/26/2016 | NNR | further edit, revise motion pleadings | 2.10 hrs @ | 510 /hr | 1,071.00 |
| 10/26/2016 | NNR | further edit/revise settlement agreement | 0.30 hrs @ | 510 /hr | 153.00 |
| 10/26/2016 | TWS | Further research re tax issues (2.5); draft summary of conclusions (1.1). | 3.60 hrs @ | 515 /hr | 1,854.00 |
| 10/27/2016 | NNR | edit, revise settlement agreement | 1.60 hrs @ | 510 /hr | 816.00 |
| 10/27/2016 | NNR | further edit, revise proposed order for sale motion | 0.50 hrs @ | 510 /hr | 255.00 |
| 10/28/2016 | RTS | Reviewed emails among N. Reid, J. Schwartz and J. Baldi re finalizing settlement and settlement motion (.2) | 0.20 hrs @ | 385 /hr | 77.00 |
| 10/28/2016 | NNR | finalize settlement documents including motion and order | 2.30 hrs @ | 510 /hr | 1,173.00 |
| 10/28/2016 | MNA | File motion for order approving settlement agreement with the debtor, the Ariella Reinvestment Trust, and Hamilton Cheifetz, and shortening and limiting notice. | 0.50 hrs @ | 190 /hr | 95.00 |
| 11/03/2016 | NNR | discussion with J. Schwartz re new agreement (0.2); edit, revise sale agreement and discussion with JS re same (1.2) | 1.40 hrs @ | 510 /hr | 714.00 |
| 11/07/2016 | NNR | discussion with J. Schwartz re status of sale agreement | 0.10 hrs @ | 510 /hr | 51.00 |
| 11/08/2016 | NNR | review, edit, revise sale agreement and email to J. Schwartz re same | 1.50 hrs @ | 510 /hr | 765.00 |

J.E. Cohen, Truste  D.Cheifetz                                                      Page      5
Asset Sales

| Date | Tk | Description | Hours | Rate | Amount |
|------|-----|-------------|-------|------|--------|
| 11/09/2016 | NNR | prepare for, attend hearing re settlement motion | 0.50 hrs @ | 510 /hr | 255.00 |
| 11/09/2016 | NNR | resolve issues re language to sale agreement and solicit input from Swiss counsel | 0.20 hrs @ | 510 /hr | 102.00 |
| 11/10/2016 | NNR | investigate status of order approving settlement | 0.10 hrs @ | 510 /hr | 51.00 |
| 11/14/2016 | NNR | confirm receipt of wire | 0.20 hrs @ | 510 /hr | 102.00 |

Total Professional Services:        $35,800.00

| ID | Timekeeper Name | Hours | Total Fees |
|----|-----------------|-------|------------|
| MNA | Aguirre, Melissa N | 0.50 | $95.00 |
| NNR | Reid, N. Neville | 43.80 | $22,338.00 |
| RTS | Schultz, Ryan T | 8.10 | $3,118.50 |
| TWS | Stein, Terry W | 19.90 | $10,248.50 |

## BILL SUMMARY

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $35,800.00 |
| TOTAL CURRENT CHARGES | $35,800.00 |
| BALANCE FORWARD FROM LAST BILL | $0.00 |
| PAYMENTS APPLIED | ($0.00) |
| BALANCE FORWARD | $0.00 |
| BALANCE DUE | $35,800.00 |
| Trust funds remaining: | $0.00 |