IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN BANKRUPTCY |
| | ) | |
| **DANIEL CHEIFETZ**, | ) | No. 13-21854 |
| | ) | |
| Debtor(s). | ) | |

**N O T I C E**

TO: Office Of The U.S. Trustee, Service through CM/ECF
Monty Titling Trust 1, c/o Bryan Jacobson, Service through CM/ECF
Ridgestone Bank, c/o Joseph Santeler, Service through CM/ECF
David Leibowitz, Service through CM/ECF
Daniel Cheifetz, 1338 Warrington Road, Deerfield, IL 60015 – Service by U. S. Mail

**PLEASE TAKE NOTICE** that on the 3rd day of February, 2017 at the hour of 1:00 p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **A. BENJAMIN GOLDGAR,** Bankruptcy Judge, North Branch Court, 1792 Nicole Lane, Round Lake Beach, IL 60073, and then and there present the attached Application to Employ Accountant for Trustee. At which time and place you may appear, if you so see fit.

/s/ *Joseph E. Cohen, Trustee*
JOSEPH E. COHEN
105 West Madison Street, Suite 1100
Chicago, Illinois 60602
312/368-0300

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) | SS |
| COUNTY OF COOK | ) | |

JOSEPH E. COHEN, being first duly sworn on oath, deposes and states that he served a copy of the Application attached hereto on the parties shown above through CM/ECF or United States Mail on the 12th day of January, 2017.

/s/ *Joseph E. Cohen, Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN BANKRUPTCY |
| | ) | |
| **DANIEL CHEIFETZ**, | ) | No. 13-21854 |
| | ) | |
| Debtor(s). | ) | |

**APPLICATION TO EMPLOY ACCOUNTANT FOR TRUSTEE RETROACTIVE TO JANUARY 1, 2017**

TO THE HONORABLE **A. BENJAMIN GOLDGAR**
BANKRUPTCY JUDGE

Now comes JOSEPH E. COHEN, Trustee herein, and respectfully represents unto this Honorable Court as follows:

1. That he is the duly appointed and qualified Trustee in Bankruptcy herein and requires the services of an accountant as follows:

   a. To assume primary responsibility for the preparation and filing of
   b. To provide other accountant services as may be required by the Trustee from time to time.

2. That applicant has discussed with Stephen M. Lewis of Cooke & Lewis Ltd., Accountant and Tax Attorney, his availability to be employed as the Trustee's accountant in this case and to perform the services required by this estate.

3. That for the foregoing and all other necessary and proper purposes, applicant desires to retain Stephen M. Lewis of Cooke & Lewis Ltd., as his accountant in this case.

4. That applicant is informed and believes that Stephen M. Lewis of Cooke & Lewis Ltd., has the appropriate accounting skills and personnel needed to perform the

services of providing the accounting services required by this estate and has agreed to perform these services and make application to this Court for compensation.

5. It is contemplated that Stephen M. Lewis of Cooke & Lewis Ltd., will seek compensation based upon normal and usual hourly billing rates which are currently $275.00 per hour.

6. That applicant has attempted to determine whether Stephen M. Lewis of Cooke & Lewis Ltd., is a disinterested person within the meaning of 11 U.S.C. '101(13). Attached hereto and made a part hereof is a Declaration of Stephen M. Lewis of Cooke & Lewis Ltd., supporting applicant's conclusion that he is a disinterested person.

WHEREFORE, JOSEPH E. COHEN, Trustee herein, requests that he be authorized to employ Stephen M. Lewis of Cooke & Lewis Ltd., Accountant and Tax Attorney, as his accountant to render services as described in the foregoing Application retroactive to January 1, 2017 with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow, and for such other and further relief as the Court shall deem proper.

BY:

*/s/ Joseph E. Cohen, Trustee*

JOSEPH E. COHEN
GINA B. KROL
COHEN & KROL
105 W. Madison St., Ste 1100
Chicago, IL 60602
312/368-0300