# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHEIFETZ, DANIEL | § | Case No. 13-21854 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/24/2013 . The undersigned trustee was appointed on 05/24/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of  $ 900,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 175,632.67 |
| Bank service fees | 10,710.51 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 205,979.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]        $ | 507,677.82 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 08/25/2016 and the deadline for filing governmental claims was 08/25/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 48,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 48,250.00 , for a total compensation of $ 48,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/20/2018          By:/s/JOSEPH E. COHEN
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 13-21854 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | CHEIFETZ, DANIEL | | | Date Filed (f) or Converted (c): | 05/24/13 (f) |
| | | | | 341(a) Meeting Date: | 06/27/13 |
| For Period Ending: | 02/20/18 | | | Claims Bar Date: | 08/25/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Vacant House (security for SBA Loan - House was pl | 65,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash Debtor's person | 15.00 | 0.00 | | 0.00 | FA |
| Cash Debtor's person | | | | | |
| 3. BMO Harris NA Debtor's residence | 300.00 | 0.00 | | 0.00 | FA |
| BMO Harris NA Debtor's residence | | | | | |
| 4. Bank of America Debtor's residence | 50.00 | 0.00 | | 0.00 | FA |
| Bank of America Debtor's residence | | | | | |
| 5. Desk and Chair; used books and CD recorded music D | 300.00 | 0.00 | | 0.00 | FA |
| Desk and Chair; used books and CD recorded music Debtor's residence (Most property there is wife's - this is debtor's second marriage) | | | | | |
| 6. Normal man's wardrobe Debtor's residence (wardrobe | 300.00 | 0.00 | | 0.00 | FA |
| Normal man's wardrobe Debtor's residence (wardrobe is not extesive) | | | | | |
| 7. Wedding ring - titanium Debtor's person | 50.00 | 0.00 | | 0.00 | FA |
| Wedding ring - titanium Debtor's person | | | | | |
| 8. used iPhone 4s Debtor's person | 200.00 | 0.00 | | 0.00 | FA |
| used iPhone 4s Debtor's person | | | | | |
| 9. Term Life Insurance - $1,000,000 death benefit, no | 0.00 | 0.00 | | 0.00 | FA |
| Term Life Insurance - $1,000,000 death benefit, no csv Debtor's residence (beneficiary is wife) | | | | | |
| 10. possible Franklin Templeton Debtor has no informat | Unknown | 0.00 | | 0.00 | FA |
| possible Franklin Templeton Debtor has no information about this hasn't receive statements recently | | | | | |
| 11. Possible 401k Debtor does not have current informa | Unknown | 0.00 | | 0.00 | FA |
| Possible 401k Debtor does not have current information Does not believe this to have substantial value | | | | | |
| 12. 20% stock interest in Building Energy, Inc. Compan | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 13-21854   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | CHEIFETZ, DANIEL | Date Filed (f) or Converted (c): | 05/24/13 (f) |
| | | 341(a) Meeting Date: | 06/27/13 |
| | | Claims Bar Date: | 08/25/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20% stock interest in Building Energy, Inc. Company has negative net worth, negative cash flow. No funding for ongoing operations at present | | | | | |
| 13. Sole member of E-Town Development II LLC parcels i | 0.00 | 0.00 | | 0.00 | FA |
| Sole member of E-Town Development II LLC parcels in Evanston, IL Underwater In foreclosure | | | | | |
| 14. Ariella Reinvestment Trust Debtor is trustee of Ch | Unknown | 0.00 | | 900,000.00 | FA |
| Ariella Reinvestment Trust Debtor is trustee of Charitable Remainder Unitrust - supposed to get periodic distributions - distributions have been sporadic - documentation available for Trustee - Trust established in 1999 - outright - presently vested income | | | | | |
| 15. patent - patent applicaitons Patent application 20 | Unknown | 0.00 | | 0.00 | FA |
| patent - patent applicaitons Patent application 20110004350 Patent application 20110125451 while working for Indie Energy - applications with others - all rights assigned to company - no present value Ridgestone Bank may have lien | | | | | |
| 16. 1998 Audi A8 automobile is not in good condition. | 2,500.00 | 0.00 | | 0.00 | FA |
| 1998 Audi A8 automobile is not in good condition. Has 150,000 miles | | | | | |
| 17. 4 year old iMac computer and associate peripherals | 500.00 | 0.00 | | 0.00 | FA |
| 4 year old iMac computer and associate peripherals Home | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $69,215.00   $0.00   $900,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 4)*   Ver: 20.00g

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| | | |
|---|---|---|
| Case No: | 13-21854   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name:   JOSEPH E. COHEN |
| Case Name: | CHEIFETZ, DANIEL | Date Filed (f) or Converted (c):   05/24/13 (f) |
| | | 341(a) Meeting Date:   06/27/13 |
| | | Claims Bar Date:   08/25/16 |

TRUSTEE FILED MOTION TO COMPENSATE SPECIAL COUNSEL LOCATED IN SWITZERLAND AND WORKING ON TFR - 1/8/2018. ACCOUNTANT EMPLOYED; WAITING FOR TAX RETURNS; TFR TO FOLLOW - 6/27/17.  CELLO HAS BEEN SOLD AND MOTION TO COMPROMISE HEARD; ACCOUNTANT TO BE EMPLOYED; TFR TO FOLLOW  1/10/17 SPEICAL COUNSEL HAS BEEN EMPLOYED.  SPECIAL COUNSEL WILL TRY TO NEGOTIATE A SALE OF THE CELLO - 10/31/16. THE TRUSTEE HAS FINALLY OBTAINED THE RECORDS FROM THE DEBTORS ATTORNEY.  THE RECORDS INDICATE THAT THE DEBTOR HAS A CHARITABLE REMAINDER TRUST THAT OWNS A CELLO VALUED AT $1,200,000.00.  THAT IS PROBABLY WHY THE DEBTOR NEVER FURNISHED THE RECORDS IN THE FIRST PLACE.  THE TRUSTEE IS EMPLOYING SPECIAL COUNSEL TO ATTACK THE TRUST AND ATTEMPT TO SELL THIS CELLO - May 20, 2016. THE DEBTOR HAS FINALLY PRODUCED THE REQUESTED RECORDS WHICH ARE CURRENTLY BEING REVIEWED - May 19, 2016.  TRUST IS BEING REVIEWED BY THIRD PARTY - 01/20/16.  NO CHANGE - Oct. 31, 2015.  TRUSTEE REVIEWING TRUST DOCUMENTS - July 30, 2015.  TRUSTEE IS FILING MOTION FOR TURNOVER -  April 30, 2015.  INVESTIGATION CONTINUES INTO FINANCIAL RECORDS - Jan. 17, 2015.  TRUSTEE HAS REQUESTED COPIES OF BANK STATEMENTS, TAX RETURNS, TRUST RECORDS, ETC FROM DEBTOR FOR REVIEW - January 19, 2014. NO CHANGE - April 30, 2014.  TRUSTEE IS REVIEWING RECORDS - July 17, 2014.  INVESTIGATION CONTINUES - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 05/30/15          Current Projected Date of Final Report (TFR): 04/30/18

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-21854 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | CHEIFETZ, DANIEL | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2556 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4231 | | |
| For Period Ending: | 02/20/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/14/16 | 14 | DANIEL CHEIFETZ<br>DEERFIELD, IL 60015 | SETTLE OF POSSIBLE ACTION - WIRE<br>Bank Serial #:<br><br>These funds result from the settlement of a proposed adversary complaint to avoid a fraudulent conveyance into the Ariella Investment Trust.<br>　　Memo Amount:　　　193,479.00<br>escrow funds<br>　　Memo Amount:　　　706,521.00<br>estate funds - liquidation of propy | <br><br><br><br><br><br><br>1180-000<br><br>1129-000 | 900,000.00 | | 900,000.00 |
| 11/29/16 | 300001 | HAMILTON CHEIFETZ<br>4260 SW 48TH PLACE<br>PORTLAND, OR 97221 | DISTRIBUTION PER SETTLEMENT ORDER | 8500-000 | | 140,400.00 | 759,600.00 |
| 11/29/16 | 300002 | BRONSWICK REICIN POLLACK, LTD<br>2150 E. LAKE COOK ROAD<br>BUFFALO GROVE, IL 60089 | ACCOUNTING SVCS PER SETTLEMENT ORDE | 8500-000 | | 10,079.00 | 749,521.00 |
| 11/29/16 | 300003 | MUCH SHELIST<br>191 WACKER DRIVE, SUITE 1800<br>CHICAGO, IL 60606 | ATTY FEES PER SETTLEMENT ORDER | 8500-000 | | 43,000.00 | 706,521.00 |
| 12/07/16 | 300004 | FOX SWIBEL LEVIN & CARROLL, LLP<br>200 W MADISON STREET, STE 3000<br>CHICAGO, IL 60606 | Special Counsel for Trustee Fees | 3210-600 | | 173,275.00 | 533,246.00 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 733.56 | 532,512.44 |
| 12/14/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.00 | 532,491.44 |
| 12/28/16 | 300005 | CRUT | | 8500-000 | | 12,500.00 | 519,991.44 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 866.73 | 519,124.71 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 772.51 | 518,352.20 |
| 02/20/17 | 300006 | INTERNATIONAL SURETIES, LTD. | BOND#016073584 | 2300-000 | | 250.27 | 518,101.93 |

Page Subtotals　　　900,000.00　　　381,898.07

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 13-21854 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | CHEIFETZ, DANIEL | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2556  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4231 | | | |
| For Period Ending: | 02/20/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 Poydras Street, Ste 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 696.09 | 517,405.84 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 769.23 | 516,636.61 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 743.33 | 515,893.28 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 766.92 | 515,126.36 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 741.16 | 514,385.20 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 764.85 | 513,620.35 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 763.61 | 512,856.74 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 737.93 | 512,118.81 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 761.34 | 511,357.47 |
| 12/06/17 | | OSKAR AMSTAD | Special Counsel for Trustee Fees | | | 2,107.40 | 509,250.07 |
| | | | Fees       2,046.00 | 3210-000 | | | |
| | | | Expenses       61.40 | 3220-000 | | | |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 735.73 | 508,514.34 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 756.52 | 507,757.82 |
| * 01/17/18 | | ASSOCIATED BANK | INTERNATIONAL WIRE TRANSFER FEE | 2600-003 | 80.00 | | 507,837.82 |
| * 02/05/18 | | Reverses Adjustment IN on 01/17/18 | INTERNATIONAL WIRE TRANSFER FEE | 2600-003 | -80.00 | | 507,757.82 |
| 02/05/18 | | ASSOCIATED BANK | INTERNATIONAL WIRE TRANSFER FEE | 2600-000 | | 80.00 | 507,677.82 |

Page Subtotals    0.00    10,424.11

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 13-21854 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | CHEIFETZ, DANIEL | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2556 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4231 | | | |
| For Period Ending: | 02/20/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| Memo Allocation Receipts: | 900,000.00 | COLUMN TOTALS | 900,000.00 | 392,322.18 | 507,677.82 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 900,000.00 | 392,322.18 | |
| Memo Allocation Net: | 900,000.00 | Less: Payments to Debtors | | 205,979.00 | |
| | | Net | 900,000.00 | 186,343.18 | |

| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 900,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - *******2556 | 900,000.00 | 186,343.18 | 507,677.82 |
| | | | ----------------------- | ----------------------- | ----------------------- |
| Total Memo Allocation Net: | 900,000.00 | | 900,000.00 | 186,343.18 | 507,677.82 |
| | | | ============== | ============== | ============== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 20, 2018 |
|---|---|---|---|---|---|---|

Case Number:  13-21854    Claim Class Sequence
Debtor Name:  CHEIFETZ, DANIEL

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | COOKE & LEWIS LTD.<br>333 Skokie Blvd.<br>Suite 104<br>Northbrook, IL 60062 | Administrative | | $4,743.75 | $0.00 | $4,743.75 |
| 001<br>3110-00 | COHEN & KROL<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $6,681.51 | $0.00 | $6,681.51 |
| 001<br>2100-00 | JOSEPH E. COHEN, TRUSTEE<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $48,250.00 | $0.00 | $48,250.00 |
| ADMIN<br>001<br>3210-60 | FOX SWIBEL LEVIN & CARROLL, LLP<br>200 W MADISON STREET, STE 3000<br>CHICAGO, IL 60606 | Administrative | | $173,275.00 | $173,275.00 | $0.00 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street, Ste 420<br>New Orleans, LA 70139 | Administrative | | $250.27 | $250.27 | $0.00 |
| 000003B<br>040<br>5300-00 | TATE SCHNEIDER<br>11950 Blue Bayou Drive<br>Huntley, IL 60142 | Priority | | $12,850.00 | $0.00 | $12,850.00 |
| 000005A<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 19035<br>Springfield, IL 62794-9035 | Priority | | $3,911.23 | $0.00 | $3,911.23 |
| 000001<br>070<br>7100-00 | Midwest Op. Engineers Pens. Fund<br>c/o Patrick Ryan<br>200 W Adams Street, Suite 2200<br>Chicago, IL 60606 | Unsecured | | $969,330.69 | $0.00 | $969,330.69 |
| 000002<br>070<br>7100-00 | Monty Titling Trust 1<br>Chapman and Cutler LLP<br>c/o Bryan Jacobson Capital Crossing<br>111 West Monroe Street<br>Chicago IL 60654 | Unsecured | | $7,276,133.05 | $0.00 | $7,276,133.05 |
| 000003A<br>070<br>7100-00 | Tate Schneider<br>11950 Blue Bayou Drive<br>Huntley, IL 60142 | Unsecured | | $631,533.72 | $0.00 | $631,533.72 |
| 000004<br>070<br>7100-00 | IUOE Local 150 Building Corp.<br>Melinda S. Hensel<br>6140 Joliet Road<br>Countryside, IL 60525 | Unsecured | | $746,073.60 | $0.00 | $746,073.60 |

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: February 20, 2018 |

Case Number:  13-21854  
Debtor Name:  CHEIFETZ, DANIEL                              Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000005B 070 7100-00 | ILLINOIS DEPARTMENT OF REVENUE P. O. Box 19035 Springfield, IL 62794-9035 | Unsecured | | $3,162.00 | $0.00 | $3,162.00 |
| | Case Totals: | | | $9,876,194.82 | $173,525.27 | $9,702,669.55 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-21854
Case Name: CHEIFETZ, DANIEL
Trustee Name: JOSEPH E. COHEN

| | Balance on hand | $ | 507,677.82 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 48,250.00 | $ 0.00 | $ 48,250.00 |
| Attorney for Trustee Fees: COHEN & KROL | $ 6,566.25 | $ 0.00 | $ 6,566.25 |
| Attorney for Trustee Expenses: COHEN & KROL | $ 115.26 | $ 0.00 | $ 115.26 |
| Accountant for Trustee Fees: COOKE & LEWIS LTD. | $ 4,743.75 | $ 0.00 | $ 4,743.75 |
| Other: FOX SWIBEL LEVIN & CARROLL, LLP | $ 173,275.00 | $ 173,275.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 250.27 | $ 250.27 | $ 0.00 |

| | Total to be paid for chapter 7 administrative expenses | $ | 59,675.26 |
| | Remaining Balance | $ | 448,002.56 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 17,998.82 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005A | Illinois Department of Revenue Bankruptcy Section PO Box 19035 Springfield, IL 62794-9035 | $ 3,911.23 | $ 0.00 | $ 3,911.23 |
| 000003B | TATE SCHNEIDER 11950 Blue Bayou Drive Huntley, IL 60142 | $ 12,850.00 | $ 0.00 | $ 12,850.00 |
| AUTO | INTERNAL REVENUE SERVICE | $ 983.03 | $ 0.00 | $ 983.03 |
| AUTO | INTERNAL REVENUE SERVICE | $ 0.77 | $ 0.00 | $ 0.77 |
| AUTO | INTERNAL REVENUE SERVICE | $ 186.33 | $ 0.00 | $ 186.33 |
| AUTO | STATE UNEMPLOYMENT INSURANCE | $ 67.46 | $ 0.00 | $ 67.46 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 17,998.82 |
| Remaining Balance | $ 430,003.74 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,626,233.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.5 percent, plus interest (if

applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 000001 | Midwest Op. Engineers Pens. Fund c/o Patrick Ryan 200 W Adams Street, Suite 2200 Chicago, IL 60606 | $ 969,330.69 | $ 0.00 | $ 43,299.99 |
| 000002 | Monty Titling Trust 1 Chapman and Cutler LLP c/o Bryan Jacobson Capital Crossing 111 West Monroe Street Chicago IL 60654 | $ 7,276,133.05 | $ 0.00 | $ 325,024.79 |
| 000003A | Tate Schneider 11950 Blue Bayou Drive Huntley, IL 60142 | $ 631,533.72 | $ 0.00 | $ 28,210.61 |
| 000004 | IUOE Local 150 Building Corp. Melinda S. Hensel 6140 Joliet Road Countryside, IL 60525 | $ 746,073.60 | $ 0.00 | $ 33,327.10 |
| 000005B | ILLINOIS DEPARTMENT OF REVENUE P. O. Box 19035 Springfield, IL 62794-9035 | $ 3,162.00 | $ 0.00 | $ 141.25 |

Total to be paid to timely general unsecured creditors          $          430,003.74

Remaining Balance                                              $                0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

     Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE