IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **DANIEL CHEIFETZ,** | ) | 13-21854 |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO:   SEE ATTACHED SERVICE LIST

I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation were mailed by First Class U.S. Mail to the persons shown on the attached Service List, this 21st day of March, 2018.

/s/ Joseph E. Cohen
Attorney for Creditor

JOSEPH E. COHEN
GINA B. KROL
COHEN & KROL
105 W. Madison Street
Suite 1100
Chicago, IL  60602
312/368-0300

N. Neville Reid (ARDC #6195837)
Fox, Swibel, Levin & Carroll, LLP
200 West Madison Street, Suite 3000
Chicago, IL 60606

Monty Titling Trust 1
Capital Crossing Servicing Co., LLC
99 High Street 7th Floor
Boston, MA 02110-2320

Ridgestone Bank
Chuhak & Tecson, P.C.c/o Joseph Santeler
30 S. Wacker Drive
Suite 2600
Chicago, IL 60606-7512

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

BMO Harris Bank NA
c/o Chapman & Cutler
111 W. Monroe Street
Chicago, IL 60603-4095

Benjamin Heymer
2013 W Moffat #3
Chicago, IOL 60647-5563

CACH LLC
4340 S. Monaco St. Unit 2
Denver, CO 80237-3485

(p)CATERPILLAR FINANCIAL SERVICES CORPORATION
2120 WEST END AVENUE
NASHVILLE TN 37203-5341

Citibank SD NA
PO 6241
Sioux Falls, SD 57117-6241

Conrad Iandola
Ies Drilling Supply
104 E. Devore Ave
Pearl City, IL 61062-9111

IUOE Local 150 Building Corp.
Melinda S. Hensel
6140 Joliet Road
Countryside, IL 60525-3956

Illinois Department of Labor
160 N LaSalle St
Ste C-1300
Chicago, IL 60601-3114

Illinois Department of Revenue Bankruptcy Se
PO Box 19035
Springfield, IL 62794-9035

Local 150 - IUOE
c/o James McNally
6200 Joliet Rd.
Countryside, IL 60525-3992

Midwest Op. Engineers Pens. Fund
c/o Patrick Ryan
200 W Adams Street, Suite 2200
Chicago, IL 60606-5231

Monty Titling Trust 1
Chapman and Cutler LLP
c/o Bryan Jacobson Capital Crossing
111 West Monroe Street
Chicago IL 60603-4080

Paul Fishbein
c/o Goldman & Marcus
19 S. LaSalle
Chicago, IL 60603-1401

Ridgestone Bank
10 N. Martingale Rd.
Schaumburg, IL 60173-2293

Tate Schneider
11950 Blue Bayou Drive
Huntley, IL 60142-6773

Urban Partnership Bank
c/o Smith Amundsen LLC
150 N. Michigan Suite 3300
Chicago, IL 60601-7621

Daniel Cheifetz
1338 Warrington Rd.
Deerfield, IL 60015-2333

David P Leibowitz ESQ
Lakelaw
53 W. Jackson Boulevard
Suite 1115
Chicago, IL 60604-3566

Joseph E Cohen
Cohen & Krol
105 West Madison Suite 1100
Chicago, IL 60602-4600

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Caterpillar Financial
2120 West End Ave
PO Box 340001
Nashville, TN 37203-0001