# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: § § | |
| CHEIFETZ, DANIEL § § | Case No. 13-21854 |
| Debtor § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 65,000.00 *(Without deducting any secured claims)* | Assets Exempt: 4,215.00 |
| Total Distributions to Claimants: 443,417.53 | Claims Discharged Without Payment: 19,826,412.69 |
| Total Expenses of Administration: 250,603.47 | |

3) Total gross receipts of $ 900,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 205,979.00 (see **Exhibit 2**), yielded net receipts of $ 694,021.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 700,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 250,603.47 | 250,603.47 | 250,603.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 21,346.26 | 17,435.03 | 9,502.56 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 10,629,324.13 | 9,626,233.06 | 9,623,071.06 | 433,914.97 |
| **TOTAL DISBURSEMENTS** | $ 11,329,324.13 | $ 9,898,182.79 | $ 9,891,109.56 | $ 694,021.00 |

4)  This case was originally filed under chapter 7 on  05/24/2013 .  The case was pending for 67 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/13/2018              By:/s/JOSEPH E. COHEN
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 706,521.00 |
| Non-Estate Receipts | 1180-000 | 193,479.00 |
| **TOTAL GROSS RECEIPTS** | | **$900,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BRONSWICK REICIN POLLACK, LTD | Non-Estate Funds Paid to Third Parties | 8500-000 | 10,079.00 |
| CRUT | Non-Estate Funds Paid to Third Parties | 8500-000 | 12,500.00 |
| HAMILTON CHEIFETZ | Non-Estate Funds Paid to Third Parties | 8500-000 | 140,400.00 |
| MUCH SHELIST | Non-Estate Funds Paid to Third Parties | 8500-000 | 43,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 205,979.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ridgestone Bank 10 N. Martingale Rd. Schaumburg, IL 601173 | | 700,000.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 700,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 48,250.00 | 48,250.00 | 48,250.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 250.27 | 250.27 | 250.27 |
| ASSOCIATED BANK | 2600-000 | NA | 10,710.51 | 10,710.51 | 10,710.51 |
| UNITED STATES TREASURY/IRS | 2810-000 | NA | 3,881.49 | 3,881.49 | 3,881.49 |
| ILL DEPT. OF EMPLOYMENT SECURITY | 2820-000 | NA | 67.46 | 67.46 | 67.46 |
| ILL. DEPT. OF REVENUE | 2820-000 | NA | 636.08 | 636.08 | 636.08 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN AND KROL | 3110-000 | NA | 4,377.50 | 4,377.50 | 4,377.50 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):JOSEPH E. COHEN | 3110-000 | NA | 2,188.75 | 2,188.75 | 2,188.75 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN AND KROL | 3120-000 | NA | 115.26 | 115.26 | 115.26 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):OSKAR AMSTAD | 3210-000 | NA | 2,046.00 | 2,046.00 | 2,046.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):FOX SWIBEL LEVIN & CARROLL, LLP | 3210-600 | NA | 173,275.00 | 173,275.00 | 173,275.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):OSKAR AMSTAD | 3220-000 | NA | 61.40 | 61.40 | 61.40 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):COOKE & LEWIS LTD. | 3410-000 | NA | 4,743.75 | 4,743.75 | 4,743.75 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 250,603.47 | $ 250,603.47 | $ 250,603.47 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| AUTO | INTERNAL REVENUE SERVICE | 5300-000 | NA | NA | 2,711.36 | 0.00 |
| 000003B | TATE SCHNEIDER | 5300-000 | NA | 12,850.00 | 12,850.00 | 9,502.56 |
| AUTO | TAX, STATE | 5300-000 | NA | NA | 636.08 | 0.00 |
| 000005A | ILLINOIS DEPARTMENT OF REVENUE BANK | 5800-000 | NA | 3,911.23 | 0.00 | 0.00 |
| AUTO | INSURANCE, STATE UNEMPLOYMENT | 5800-000 | NA | NA | 67.46 | 0.00 |
| AUTO | INTERNAL REVENUE SERVICE | 5800-000 | NA | NA | 1,170.13 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 21,346.26 | $ 17,435.03 | $ 9,502.56 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris Bank NA c/o Chapman & Cutler 111 W. Monroe Street Chicago, IL 60603 | | 9,400,000.00 | NA | NA | 0.00 |
| | CACH LLC 4340 S. Monaco St. Unit 2 Denver, CO 80237 | | 10,707.00 | NA | NA | 0.00 |
| | CACH LLC 4340 S. Monaco St. Unit 2 Denver, CO 80237 | | 20,220.00 | NA | NA | 0.00 |
| | CACH LLC 4340 S. Monaco St. Unit 2 Denver, CO 80237 | | 3,245.00 | NA | NA | 0.00 |
| | Caterpillar Financial 2120 West End Ave PO Box 340001 Nashville, TN 37203-0001 | | 0.00 | NA | NA | 0.00 |
| | Citibank SD NA PO 6241 Sioux Falls, SD 57117 | | 9,434.00 | NA | NA | 0.00 |
| | Conrad Iandola Ies Drilling Supply 104 E. Devore Ave Pearl City, IL 61062 | | 16,904.00 | NA | NA | 0.00 |
| | Local 150 IUOE c/o James McNally 6200 Joliet Rd. Countryside, IL 60525 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midwest Op. Engineers Pens. Fund c/o Patrick Ryan 200 W Adams Street, Suite 2200 Chicago, IL 60606 | | 730,626.13 | NA | NA | 0.00 |
| | Paul Fishbein c/o Goldman & Marcus 19 S. LaSalle Chicago, IL 60603 | | 100,000.00 | NA | NA | 0.00 |
| | Urban Partnership Bank c/o Smith Amundsen LLC 150 N. Michigan Suite 3300 Chicago, IL 60601 | | 338,188.00 | NA | NA | 0.00 |
| 000005B | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 3,162.00 | 0.00 | 0.00 |
| 000004 | IUOE LOCAL 150 BUILDING CORP. | 7100-000 | NA | 746,073.60 | 746,073.60 | 33,641.28 |
| 000001 | MIDWEST OP. ENGINEERS PENS. FUND | 7100-000 | NA | 969,330.69 | 969,330.69 | 43,708.20 |
| 000002 | MONTY TITLING TRUST 1 | 7100-000 | NA | 7,276,133.05 | 7,276,133.05 | 328,088.93 |
| 000003A | TATE SCHNEIDER | 7100-000 | NA | 631,533.72 | 631,533.72 | 28,476.56 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 10,629,324.13 | $ 9,626,233.06 | $ 9,623,071.06 | $ 433,914.97 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-21854 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | CHEIFETZ, DANIEL | Date Filed (f) or Converted (c): | 05/24/13 (f) |
| | | 341(a) Meeting Date: | 06/27/13 |
| For Period Ending: | 11/13/18 | Claims Bar Date: | 08/25/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Vacant House (security for SBA Loan - House was pl | 65,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash Debtor's person | 15.00 | 0.00 | | 0.00 | FA |
|    Cash Debtor's person | | | | | |
| 3. BMO Harris NA Debtor's residence | 300.00 | 0.00 | | 0.00 | FA |
|    BMO Harris NA Debtor's residence | | | | | |
| 4. Bank of America Debtor's residence | 50.00 | 0.00 | | 0.00 | FA |
|    Bank of America Debtor's residence | | | | | |
| 5. Desk and Chair; used books and CD recorded music D | 300.00 | 0.00 | | 0.00 | FA |
|    Desk and Chair; used books and CD recorded music Debtor's residence (Most property there is wife's - this is debtor's second marriage) | | | | | |
| 6. Normal man's wardrobe Debtor's residence (wardrobe | 300.00 | 0.00 | | 0.00 | FA |
|    Normal man's wardrobe Debtor's residence (wardrobe is not extesive) | | | | | |
| 7. Wedding ring - titanium Debtor's person | 50.00 | 0.00 | | 0.00 | FA |
|    Wedding ring - titanium Debtor's person | | | | | |
| 8. used iPhone 4s Debtor's person | 200.00 | 0.00 | | 0.00 | FA |
|    used iPhone 4s Debtor's person | | | | | |
| 9. Term Life Insurance - $1,000,000 death benefit, no | 0.00 | 0.00 | | 0.00 | FA |
|    Term Life Insurance - $1,000,000 death benefit, no csv Debtor's residence (beneficiary is wife) | | | | | |
| 10. possible Franklin Templeton Debtor has no informat | Unknown | 0.00 | | 0.00 | FA |
|    possible Franklin Templeton Debtor has no information about this hasn't receive statements recently | | | | | |
| 11. Possible 401k Debtor does not have current informa | Unknown | 0.00 | | 0.00 | FA |
|    Possible 401k Debtor does not have current information Does not believe this to have substantial value | | | | | |
| 12. 20% stock interest in Building Energy, Inc. Compan | Unknown | 0.00 | | 0.00 | FA |

LFORM1

Ver: 20.02

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 13-21854 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | CHEIFETZ, DANIEL | | | Date Filed (f) or Converted (c): | 05/24/13 (f) |
| | | | | 341(a) Meeting Date: | 06/27/13 |
| | | | | Claims Bar Date: | 08/25/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20% stock interest in Building Energy, Inc. Company has negative net worth, negative cash flow. No funding for ongoing operations at present | | | | | |
| 13. Sole member of E-Town Development II LLC parcels i | 0.00 | 0.00 | | 0.00 | FA |
| Sole member of E-Town Development II LLC parcels in Evanston, IL Underwater In foreclosure | | | | | |
| 14. Ariella Reinvestment Trust Debtor is trustee of Ch | Unknown | 0.00 | | 900,000.00 | FA |
| Ariella Reinvestment Trust Debtor is trustee of Charitable Remainder Unitrust - supposed to get periodic distributions - distributions have been sporadic - documentation available for Trustee - Trust established in 1999 - outright - presently vested income | | | | | |
| 15. patent - patent applicaitons Patent application 20 | Unknown | 0.00 | | 0.00 | FA |
| patent - patent applicaitons Patent application 20110004350 Patent application 20110125451 while working for Indie Energy - applications with others - all rights assigned to company - no present value Ridgestone Bank may have lien | | | | | |
| 16. 1998 Audi A8 automobile is not in good condition. | 2,500.00 | 0.00 | | 0.00 | FA |
| 1998 Audi A8 automobile is not in good condition. Has 150,000 miles | | | | | |
| 17. 4 year old iMac computer and associate peripherals | 500.00 | 0.00 | | 0.00 | FA |
| 4 year old iMac computer and associate peripherals Home | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $69,215.00        $0.00        $900,000.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

_____

LFORM1            Ver: 20.02

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 13-21854   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | CHEIFETZ, DANIEL | Date Filed (f) or Converted (c): | 05/24/13 (f) |
| | | 341(a) Meeting Date: | 06/27/13 |
| | | Claims Bar Date: | 08/25/16 |

TRUSTEE WAITING FOR CHECKS TO CLEAR FROM DISTRIBUTION - 10/30/18. DISTRIBUTION MADE TO CREDITORS - 7/30/18. TRUSTEE FILED MOTION TO COMPENSATE SPECIAL COUNSEL LOCATED IN SWITZERLAND AND WORKING ON TFR - 1/8/2018. ACCOUNTANT EMPLOYED; WAITING FOR TAX RETURNS; TFR TO FOLLOW - 6/27/17. CELLO HAS BEEN SOLD AND MOTION TO COMPROMISE HEARD; ACCOUNTANT TO BE EMPLOYED; TFR TO FOLLOW 1/10/17 SPEICAL COUNSEL HAS BEEN EMPLOYED. SPECIAL COUNSEL WILL TRY TO NEGOTIATE A SALE OF THE CELLO - 10/31/16. THE TRUSTEE HAS FINALLY OBTAINED THE RECORDS FROM THE DEBTORS ATTORNEY. THE RECORDS INDICATE THAT THE DEBTOR HAS A CHARITABLE REMAINDER TRUST THAT OWNS A CELLO VALUED AT $1,200,000.00. THAT IS PROBABLY WHY THE DEBTOR NEVER FURNISHED THE RECORDS IN THE FIRST PLACE. THE TRUSTEE IS EMPLOYING SPECIAL COUNSEL TO ATTACK THE TRUST AND ATTEMPT TO SELL THIS CELLO - May 20, 2016. THE DEBTOR HAS FINALLY PRODUCED THE REQUESTED RECORDS WHICH ARE CURRENTLY BEING REVIEWED - May 19, 2016. TRUST IS BEING REVIEWED BY THIRD PARTY - 01/20/16. NO CHANGE - Oct. 31, 2015. TRUSTEE REVIEWING TRUST DOCUMENTS - July 30, 2015. TRUSTEE IS FILING MOTION FOR TURNOVER - April 30, 2015. INVESTIGATION CONTINUES INTO FINANCIAL RECORDS - Jan. 17, 2015. TRUSTEE HAS REQUESTED COPIES OF BANK STATEMENTS, TAX RETURNS, TRUST RECORDS, ETC FROM DEBTOR FOR REVIEW - January 19, 2014. NO CHANGE - April 30, 2014. TRUSTEE IS REVIEWING RECORDS - July 17, 2014. INVESTIGATION CONTINUES - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 05/30/15        Current Projected Date of Final Report (TFR): 04/30/18

Case 13-21854   Doc 74   Filed 11/29/18   Entered 11/29/18 16:03:17   Desc Main
Document   Page 12 of 16

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-21854 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | CHEIFETZ, DANIEL | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2556  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4231 | | |
| For Period Ending: | 11/13/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/14/16 | 14 | DANIEL CHEIFETZ<br>DEERFIELD, IL  60015 | SETTLE OF POSSIBLE ACTION - WIRE<br>Bank Serial #:<br><br>These funds result from the settlement of a proposed adversary complaint to avoid a fraudulent conveyance into the Ariella Investment Trust. | | 900,000.00 | | 900,000.00 |
| | | | Memo Amount:         193,479.00<br>escrow funds | 1180-000 | | | |
| | | | Memo Amount:         706,521.00<br>estate funds - liquidation of propy | 1129-000 | | | |
| 11/29/16 | 300001 | HAMILTON CHEIFETZ<br>4260 SW 48TH PLACE<br>PORTLAND, OR  97221 | DISTRIBUTION PER SETTLEMENT ORDER | 8500-000 | | 140,400.00 | 759,600.00 |
| 11/29/16 | 300002 | BRONSWICK REICIN POLLACK, LTD<br>2150 E. LAKE COOK ROAD<br>BUFFALO GROVE, IL  60089 | ACCOUNTING SVCS PER SETTLEMENT ORDE | 8500-000 | | 10,079.00 | 749,521.00 |
| 11/29/16 | 300003 | MUCH SHELIST<br>191 WACKER DRIVE, SUITE 1800<br>CHICAGO, IL  60606 | ATTY FEES PER SETTLEMENT ORDER | 8500-000 | | 43,000.00 | 706,521.00 |
| 12/07/16 | 300004 | FOX SWIBEL LEVIN & CARROLL, LLP<br>200 W MADISON STREET, STE 3000<br>CHICAGO, IL  60606 | Special Counsel for Trustee Fees | 3210-600 | | 173,275.00 | 533,246.00 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 733.56 | 532,512.44 |
| 12/14/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.00 | 532,491.44 |
| 12/28/16 | 300005 | CRUT | | 8500-000 | | 12,500.00 | 519,991.44 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 866.73 | 519,124.71 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 772.51 | 518,352.20 |
| 02/20/17 | 300006 | INTERNATIONAL SURETIES, LTD. | BOND#016073584 | 2300-000 | | 250.27 | 518,101.93 |

Page Subtotals          900,000.00          381,898.07

Ver: 20.02

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2     Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| Case No: | 13-21854 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | CHEIFETZ, DANIEL | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2556 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4231 | | |
| For Period Ending: | 11/13/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|---|---|---|---|
| | | 701 Poydras Street, Ste 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 696.09 | 517,405.84 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 769.23 | 516,636.61 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 743.33 | 515,893.28 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 766.92 | 515,126.36 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 741.16 | 514,385.20 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 764.85 | 513,620.35 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 763.61 | 512,856.74 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 737.93 | 512,118.81 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 761.34 | 511,357.47 |
| 12/06/17 | | OSKAR AMSTAD | Special Counsel for Trustee Fees | | | 2,107.40 | 509,250.07 |
| | | | Fees    2,046.00 | 3210-000 | | | |
| | | | Expenses    61.40 | 3220-000 | | | |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 735.73 | 508,514.34 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 756.52 | 507,757.82 |
| * 01/17/18 | | ASSOCIATED BANK | INTERNATIONAL WIRE TRANSFER FEE | 2600-003 | 80.00 | | 507,837.82 |
| * 02/05/18 | | Reverses Adjustment IN on 01/17/18 | INTERNATIONAL WIRE TRANSFER FEE | 2600-003 | -80.00 | | 507,757.82 |
| 02/05/18 | | ASSOCIATED BANK | INTERNATIONAL WIRE TRANSFER FEE | 2600-000 | | 80.00 | 507,677.82 |
| 04/11/18 | 300007 | JOSEPH E. COHEN, TRUSTEE | Trustee Fees | 2100-000 | | 48,250.00 | 459,427.82 |
| | | 105 West Madison Street | Trustee Fees | | | | |
| | | Chicago, IL 60602 | | | | | |
| 04/11/18 | 300008 | COHEN & KROL | Attorney fees per court order | | | 4,492.76 | 454,935.06 |
| | | 105 West Madison Street | | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees    4,377.50 | 3110-000 | | | |
| | | | Expenses    115.26 | 3120-000 | | | |
| 04/11/18 | 300009 | COOKE & LEWIS LTD. | Accountant for Trustee fees | 3410-000 | | 4,743.75 | 450,191.31 |
| | | 333 Skokie Blvd. | Accountant for Trustee fees | | | | |

Page Subtotals      0.00      67,910.62

Ver: 20.02

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 13-21854 -ABG |
| Case Name: | CHEIFETZ, DANIEL |
| Taxpayer ID No: | *******4231 |
| For Period Ending: | 11/13/18 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2556  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/11/18 | 300010 | JOSEPH E. COHEN<br>105 West Madison St.<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 2,188.75 | 448,002.56 |
| 04/11/18 | 300011 | TATE SCHNEIDER<br>11950 Blue Bayou Drive<br>Huntley, IL 60142 | Claim 000003B, Payment 100.00000%<br>wage claim | 5300-000 | | 9,502.56 | 438,500.00 |
| * 04/11/18 | 300012 | INTERNAL REVENUE SERVICE | SOCIAL SECURITY | 5300-003 | | 983.03 | 437,516.97 |
| * 04/11/18 | 300013 | INTERNAL REVENUE SERVICE | FEDERAL INCOME TAX | 5300-003 | | 1,542.00 | 435,974.97 |
| * 04/11/18 | 300014 | INTERNAL REVENUE SERVICE | MEDICARE | 5300-003 | | 186.33 | 435,788.64 |
| * 04/11/18 | 300015 | STATE TAX | STATE TAX | 5300-003 | | 636.08 | 435,152.56 |
| * 04/11/18 | 300016 | INTERNAL REVENUE SERVICE | EMPLOYER MATCHING SOCIAL SECURITY | 5800-003 | | 983.03 | 434,169.53 |
| * 04/11/18 | 300017 | INTERNAL REVENUE SERVICE | FEDERAL UNEMPLOYMENT INSURANCE | 5800-003 | | 0.77 | 434,168.76 |
| * 04/11/18 | 300018 | INTERNAL REVENUE SERVICE | EMPLOYER MATCHING MEDICARE | 5800-003 | | 186.33 | 433,982.43 |
| * 04/11/18 | 300019 | STATE UNEMPLOYMENT INSURANCE | STATE UNEMPLOYMENT INSURANCE | 5800-003 | | 67.46 | 433,914.97 |
| 04/11/18 | 300020 | Midwest Op. Engineers Pens. Fund<br>c/o Patrick Ryan<br>200 W Adams Street, Suite 2200<br>Chicago, IL 60606 | Claim 000001, Payment 4.50911% | 7100-000 | | 43,708.20 | 390,206.77 |
| 04/11/18 | 300021 | Monty Titling Trust 1<br>Chapman and Cutler LLP<br>c/o Bryan Jacobson Capital Crossing<br>111 West Monroe Street<br>Chicago IL 60654 | Claim 000002, Payment 4.50911% | 7100-000 | | 328,088.93 | 62,117.84 |
| 04/11/18 | 300022 | Tate Schneider<br>11950 Blue Bayou Drive<br>Huntley, IL 60142 | Claim 000003A, Payment 4.50911% | 7100-000 | | 28,476.56 | 33,641.28 |
| 04/11/18 | 300023 | IUOE Local 150 Building Corp. | Claim 000004, Payment 4.50911% | 7100-000 | | 33,641.28 | 0.00 |
| | | | Page Subtotals | | 0.00 | 450,191.31 | |

Ver: 20.02

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 13-21854 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | CHEIFETZ, DANIEL | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2556  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4231 | | | |
| For Period Ending: | 11/13/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Melinda S. Hensel<br>6140 Joliet Road<br>Countryside, IL 60525 | (4-1) Money judgment and attorneys fees for breach of contract<br>(4-1) Incomplete PDF, Filer Notified to File Amended Claim (Modified on 8/25/2016 cg)(4-2) Modified on 11/2/2016 to correct creditor address (cg) | | | | |
| * 09/21/18 | 300012 | INTERNAL REVENUE SERVICE | SOCIAL SECURITY | 5300-003 | | -983.03 | 983.03 |
| * 09/21/18 | 300013 | INTERNAL REVENUE SERVICE | FEDERAL INCOME TAX | 5300-003 | | -1,542.00 | 2,525.03 |
| * 09/21/18 | 300014 | INTERNAL REVENUE SERVICE | MEDICARE | 5300-003 | | -186.33 | 2,711.36 |
| * 09/21/18 | 300015 | STATE TAX | STATE TAX | 5300-003 | | -636.08 | 3,347.44 |
| * 09/21/18 | 300016 | INTERNAL REVENUE SERVICE | EMPLOYER MATCHING SOCIAL SECURITY | 5800-003 | | -983.03 | 4,330.47 |
| * 09/21/18 | 300017 | INTERNAL REVENUE SERVICE | FEDERAL UNEMPLOYMENT INSURANCE | 5800-003 | | -0.77 | 4,331.24 |
| * 09/21/18 | 300018 | INTERNAL REVENUE SERVICE | EMPLOYER MATCHING MEDICARE | 5800-003 | | -186.33 | 4,517.57 |
| * 09/21/18 | 300019 | STATE UNEMPLOYMENT INSURANCE | STATE UNEMPLOYMENT INSURANCE | 5800-003 | | -67.46 | 4,585.03 |
| 09/21/18 | 300024 | UNITED STATES TREASURY/IRS<br>Kansas City, MO  64999-0005 | 36-7684231  941  2ND Quarter 2018 | 2810-000 | | 3,881.49 | 703.54 |
| 09/21/18 | 300025 | ILL. DEPT. OF REVENUE<br>P. O. Box 19052<br>Springfield, IL 62794-9052 | 36-7684231  941 2nd quarter 2018 | 2820-000 | | 636.08 | 67.46 |
| 09/21/18 | 300026 | ILL DEPT. OF EMPLOYMENT SECURITY<br>P. O. Box 19300<br>Springfield, IL 62794 | 36-7684231 2nd quarter 2018 | 2820-000 | | 67.46 | 0.00 |

Page Subtotals    0.00    0.00

Ver: 20.02

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 15)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-21854 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | CHEIFETZ, DANIEL | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2556 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4231 | | |
| For Period Ending: | 11/13/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 900,000.00 | COLUMN TOTALS | 900,000.00 | 900,000.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 900,000.00 | 900,000.00 | |
| Memo Allocation Net: | 900,000.00 | Less: Payments to Debtors | | 205,979.00 | |
| | | Net | 900,000.00 | 694,021.00 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 900,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - ********2556) | 900,000.00 | 694,021.00 | 0.00 |
| Total Memo Allocation Net: | 900,000.00 | | 900,000.00 | 694,021.00 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 20.02

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*